CUAUHTEMOC ORTEGA (Bar No. 257443)
Federal Public Defender
LUISA TAMEZ (Bar No. 350503)
(E-Mail: Luisa_Tamez@fd.org)
Deputy Federal Public Defender
3801 University Avenue, Suite 700
Riverside, California 92501
Telephone: (951) 276-6346
Facsimile: (951) 276-6368

Attorneys for Defendant
JOSE MARGARITO PLIEGO-PINEDA

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JOSE MARGARITO PLIEGO-PINEDA, <br><br> Defendant. | Case No. ED CR 25-00089-RGK <br><br> **DEFENDANT'S UNOPPOSED EX PARTE APPLICATION FOR ORDER CONTINUING TRIAL DATE AND FINDING EXCLUDABLE TIME** <br><br> Current Trial Date: November 18, 2025 <br> Proposed Trial Date: July 27, 2026 |

Defendant Jose Margarito Pliego-Pineda ("Mr. Pliego-Pineda"), through counsel, applies *ex parte* to continue the trial date in this matter from November 18, 2025, to July 27, 2026. The requested continuance is based on the attached declaration, the files and records in this case, and any other information that the Court may consider. The government does not oppose this request.

                                      Respectfully submitted,

                                      CUAUHTEMOC ORTEGA
                                      Federal Public Defender

DATED: September 30, 2025    By  */s/ Luisa Tamez*
                                      LUISA TAMEZ
                                      Deputy Federal Public Defender

**DECLARATION OF LUISA TAMEZ**

I, Luisa Tamez, declare:

1. I am a Deputy Federal Public Defender appointed to represent Mr. Pliego-Pineda in this matter. I make this declaration in support of the application to continue the trial date.

2. Mr. Pliego-Pineda made his initial appearance in this case on February 20, 2025. I was appointed to represent Mr. Pliego-Pineda on this date and have been his counsel since that time. Mr. Pliego-Pineda was released on bond and remains on bond.

3. The Indictment in this case was filed on March 21, 2025. The Speedy Trial Act, 18 U.S.C. § 3161, originally required that trial commence on or before May 30, 2025.

4. The parties have stipulated to one continuance of the trial date, which the Court has granted. The Court previously continued the trial date in this case from May 13, 2025, to November 18, 2025.

5. Since being appointed to represent Mr. Pliego-Pineda, I have worked on this case diligently. I have taken all necessary steps to comply with my obligations to Mr. Pliego-Pineda, including reviewing discovery, conducting interviews, submitting records requests, and reviewing records received pursuant to those requests.

6. I am scheduled to begin parental leave on October 10, 2025. I plan to return to work on April 10, 2026.

7. I believe a continuance to July 27, 2026, is necessary and appropriate in this case to afford Mr. Pliego-Pineda continuity of counsel. I have been appointed to represent Mr. Pliego-Pineda since the date of his initial appearance. I am most familiar with the facts and have established a trusting working relationship with Mr. Pliego-Pineda and his family. A continuance to July 27, 2026, will allow me to remain Mr. Pliego-Pineda's counsel and have enough time to prepare for trial upon my return in April 2026.

8. I have fully informed Mr. Pliego-Pineda of his Speedy Trial rights. Mr. Pliego-Pineda understands those rights and gives up his right to be brought to trial before July

27, 2026. Based on my communications with Mr. Pliego-Pineda, I believe that this waiver is knowing, voluntary, and intelligent.

9. The defense submits that the period between November 18, 2025, and July 27, 2026, should be excluded from the calculation of time within which the trial must commence under the Speedy Trial Act.

10. On August 18, 2025, I contacted Assistant United States Attorney Kali Yallourakis about the requested continuance. The government does not oppose a continuance of the trial date.

I declare under penalty of perjury under the laws o the United States of America that the foregoing is true and correct.

Executed on September 30, 2025, at Riverside, California.

 /s/ Luisa Tamez
LUISA P. TAMEZ
Deputy Federal Public Defender

3