# EXHIBIT A

## 5:25-CR-00089-RGK

## U.S. v. Jose Margarito Pliego-Pineda

**MOTION TO DISMISS INDICTMENT PURSUANT TO FED. R. CRIM. P. 12(b) (STATUTE OF LIMITATIONS); MEMORANDUM OF POINTS AND AUTHORITIES; EXHIBITS**

# Form 1040 — Department of the Treasury—Internal Revenue Service (99)
## U.S. Individual Income Tax Return — 2018
OMB No. 1545-0074 | IRS Use Only—Do not write or staple in this space.

**Filing status:** [X] Single | [ ] Married filing jointly | [ ] Married filing separately | [ ] Head of household | [ ] Qualifying widow(er)

| Your first name and initial | Last name | Your social security number |
|---|---|---|
| JOSE M | PLIEGO | [redacted] |

**Your standard deduction:** [ ] Someone can claim you as a dependent | [ ] You were born before January 2, 1954 | [ ] You are blind

| If joint return, spouse's first name and initial | Last name | Spouse's social security number |
|---|---|---|
|  |  |  |

**Spouse standard deduction:** [ ] Someone can claim your spouse as a dependent | [ ] Spouse was born before January 2, 1954 | [X] Full-year health care coverage or exempt (see inst.)
[ ] Spouse is blind | [ ] Spouse itemizes on a separate return or you were dual-status alien

Home address (number and street). If you have a P.O. box, see instructions. [redacted] | Apt. no. [redacted]

**Presidential Election Campaign** (see inst.) [ ] You [ ] Spouse

City, town or post office, state, and ZIP code. If you have a foreign address, attach Schedule 6.
JURUPA VALLEY, CA 92509

If more than four dependents, see inst. and ✓ here ▶ [ ]

**Dependents** (see instructions):

| (1) First name | Last name | (2) Social security number | (3) Relationship to you | (4) ✓ if qualifies for (see inst.): Child tax credit | Credit for other dependents |
|---|---|---|---|---|---|
|  |  |  |  | [ ] | [ ] |
|  |  |  |  | [ ] | [ ] |
|  |  |  |  | [ ] | [ ] |
|  |  |  |  | [ ] | [ ] |

**Sign Here**
Joint return? See instructions. Keep a copy for your records.

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

| Your signature | Date | Your occupation | If the IRS sent you an Identity Protection PIN, enter it here (see inst.) |
|---|---|---|---|
|  |  | INSTALLER |  |

| Spouse's signature. If a joint return, both must sign. | Date | Spouse's occupation | If the IRS sent you an Identity Protection PIN, enter it here (see inst.) |
|---|---|---|---|
|  |  |  |  |

**Paid Preparer Use Only**

| Preparer's name | Preparer's signature | PTIN | Firm's EIN | Check if: |
|---|---|---|---|---|
|  | SELF-PREPARED |  |  | [ ] 3rd Party Designee |
| Firm's name ▶ |  |  | Phone no. | [ ] Self-employed |
| Firm's address ▶ |  |  |  |  |

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see separate instructions. Cat. No. 11320B    Form **1040** (2018)

PREVIEW COPY — DO NOT FILE

Form 1040 (2018) JOSE M PLIEGO                                                                                                  Page **2**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | 1 | Wages, salaries, tips, etc. Attach Form(s) W-2 | | | | | 1 | 39,545. |
| Attach Form(s) W-2. Also attach Form(s) W-2G and 1099-R if tax was withheld. | 2a | Tax-exempt interest | 2a | | b Taxable interest | | 2b | 18. |
| | 3a | Qualified dividends | 3a | | b Ordinary dividends | | 3b | |
| | 4a | IRAs, pensions, and annuities | 4a | | b Taxable amount | | 4b | 11. |
| | 5a | Social security benefits | 5a | | b Taxable amount | | 5b | |
| | 6 | Total income. Add lines 1 through 5. Add any amount from Schedule 1, line 22 | | | | | 6 | 39,574. |
| | 7 | Adjusted gross income. If you have no adjustments to income, enter the amount from line 6; otherwise, subtract Schedule 1, line 36, from line 6 | | | | | 7 | 39,574. |
| Standard Deduction for— • Single or married filing separately, $12,000 • Married filing jointly or Qualifying widow(er), $24,000 • Head of household, $18,000 • If you checked any box under Standard deduction, see instructions. | 8 | Standard deduction or itemized deductions (from Schedule A) | | | | | 8 | 12,000. |
| | 9 | Qualified business income deduction (see instructions) | | | | | 9 | 0. |
| | 10 | Taxable income. Subtract lines 8 and 9 from line 7. If zero or less, enter -0- | | | | | 10 | 27,574. |
| | 11 | a Tax (see inst.) 3,119 (check if any from: 1 ☐ Form(s) 8814  2 ☐ Form 4972  3 ☐ _____ ) b **Add** any amount from Schedule 2 and check here ▶ ☐ | | | | | 11 | 3,119. |
| | 12 | a Child tax credit/credit for other dependents _____ b **Add** any amount from Schedule 3 and check here ▶ ☐ | | | | | 12 | 0. |
| | 13 | Subtract line 12 from line 11. If zero or less, enter -0- | | | | | 13 | 3,119. |
| | 14 | Other taxes. Attach Schedule 4 | | | | | 14 | 1. |
| | 15 | Total tax. Add lines 13 and 14 | | | | | 15 | 3,120. |
| | 16 | Federal income tax withheld from Forms W-2 and 1099 | | | | | 16 | 1,041. |
| | 17 | Refundable credits: a EIC (see inst.) NO   b Sch. 8812 _____   c Form 8863 _____ Add any amount from Schedule 5 _____ | | | | | 17 | |
| | 18 | Add lines 16 and 17. These are your total payments | | | | | 18 | 1,041. |
| **Refund** Direct deposit? See instructions. | 19 | If line 18 is more than line 15, subtract line 15 from line 18. This is the amount you **overpaid** | | | | | 19 | |
| | 20a | Amount of line 19 you want **refunded to you.** If Form 8888 is attached, check here ▶ ☐ | | | | | 20a | |
| | ▶ b | Routing number _____  ▶ c Type: ☐ Checking  ☐ Savings | | | | | | |
| | ▶ d | Account number _____ | | | | | | |
| | 21 | Amount of line 19 you want applied to your 2019 estimated tax ▶ | 21 | | | | | |
| **Amount You Owe** | 22 | **Amount you owe.** Subtract line 18 from line 15. For details on how to pay, see instructions ▶ | | | | | 22 | 2,079. |
| | 23 | Estimated tax penalty (see instructions) ▶ | 23 | | | | | |

Go to *www.irs.gov/Form1040* for instructions and the latest information.                                 Form **1040** (2018)

CDA

| SCHEDULE 4<br>(Form 1040)<br>Department of the Treasury<br>Internal Revenue Service | | Other Taxes<br>▶ Attach to Form 1040.<br>▶ Go to *www.irs.gov/Form1040* for instructions and the latest information. | | OMB No. 1545-0074<br>2018<br>Attachment<br>Sequence No. 04 |
|---|---|---|---|---|
| Name(s) shown on Form 1040<br>JOSE M PLIEGO | | | | Your social security number |
| **Other Taxes** | 57 | Self-employment tax. Attach Schedule SE . . . . . . . . . . . . . | 57 | |
| | 58 | Unreported social security and Medicare tax from: Form  a ☐ 4137  b ☐ 8919 | 58 | |
| | 59 | Additional tax on IRAs, other qualified retirement plans, and other tax-favored accounts. Attach Form 5329 if required   NO. . . . . . . . . . . . | 59 | 1. |
| | 60a | Household employment taxes. Attach Schedule H . . . . . . . . . | 60a | |
| | b | Repayment of first-time homebuyer credit from Form 5405. Attach Form 5405 if required . . . . . . . . . . . . . . . . . . . . . . . | 60b | |
| | 61 | Health care: individual responsibility (see instructions) . . . . . . . . | 61 | |
| | 62 | Taxes from: a ☐ Form 8959  b ☐ Form 8960<br>c ☐ Instructions; enter code(s) _____ | 62 | |
| | 63 | Section 965 net tax liability installment from Form 965-A . . . . . . . . . . . . . . . . | 63 | |
| | 64 | Add the amounts in the far right column. These are your **total other taxes**. Enter here and on Form 1040, line 14 . . . . . . . . . . . . . . . . | 64 | 1. |

For Paperwork Reduction Act Notice, see your tax return instructions.     Cat. No. 71481R     Schedule 4 (Form 1040) 2018

CDA

# Form 1040 — U.S. Individual Income Tax Return (2019)

Department of the Treasury—Internal Revenue Service (99)
OMB No. 1545-0074    IRS Use Only—Do not write or staple in this space.

**Filing Status** (Check only one box.): [X] Single  [ ] Married filing jointly  [ ] Married filing separately (MFS)  [ ] Head of household (HOH)  [ ] Qualifying widow(er) (QW)

If you checked the MFS box, enter the name of spouse. If you checked the HOH or QW box, enter the child's name if the qualifying person is a child but not your dependent. ▶

Your first name and middle initial: JOSE M
Last name: PLIEGO
Your social security number: [REDACTED]

If joint return, spouse's first name and middle initial:
Last name:
Spouse's social security number:

Home address (number and street). If you have a P.O. box, see instructions.: [REDACTED]
Apt. no.: [REDACTED]

**Presidential Election Campaign** — Check here if you, or your spouse if filing jointly, want $3 to go to this fund. Checking a box below will not change your tax or refund. [ ] You  [ ] Spouse

City, town or post office, state, and ZIP code. If you have a foreign address, also complete spaces below (see instructions).: JURUPA VALLEY, CA 92509

Foreign country name:
Foreign province/state/county:
Foreign postal code:

If more than four dependents, see instructions and ✓ here ▶ [ ]

**Standard Deduction** — Someone can claim:  [ ] You as a dependent   [ ] Your spouse as a dependent
[ ] Spouse itemizes on a separate return or you were a dual-status alien

**Age/Blindness** — You: [ ] Were born before January 2, 1955  [ ] Are blind   Spouse: [ ] Was born before January 2, 1955  [ ] Is blind

**Dependents** (see instructions):
(1) First name / Last name | (2) Social security number | (3) Relationship to you | (4) ✓ if qualifies for: Child tax credit / Credit for other dependents

(all dependent rows blank)

| Line | Description | | Amount |
|---|---|---|---|
| 1 | Wages, salaries, tips, etc. Attach Form(s) W-2 | 1 | 38,771. |
| 2a | Tax-exempt interest | | |
| 2b | Taxable interest. Attach Sch. B if required | 2b | 25. |
| 3a | Qualified dividends | | |
| 3b | Ordinary dividends. Attach Sch. B if required | 3b | |
| 4a | IRA distributions | | |
| 4b | Taxable amount | 4b | |
| 4c | Pensions and annuities | | |
| 4d | Taxable amount | 4d | |
| 5a | Social security benefits | | |
| 5b | Taxable amount | 5b | |
| 6 | Capital gain or (loss). Attach Schedule D if required. If not required, check here ▶ [ ] | 6 | 0. |
| 7a | Other income from Schedule 1, line 9 | 7a | 38. |
| 7b | Add lines 1, 2b, 3b, 4b, 4d, 5b, 6, and 7a. This is your **total income** ▶ | 7b | 38,834. |
| 8a | Adjustments to income from Schedule 1, line 22 | 8a | 0. |
| 8b | Subtract line 8a from line 7b. This is your **adjusted gross income** ▶ | 8b | 38,834. |
| 9 | Standard deduction or itemized deductions (from Schedule A) | 9 | 12,200. |
| 10 | Qualified business income deduction. Attach Form 8995 or Form 8995-A | 10 | |
| 11a | Add lines 9 and 10 | 11a | 12,200. |
| 11b | **Taxable income.** Subtract line 11a from line 8b. If zero or less, enter -0- | 11b | 26,634. |

Standard Deduction for—
- Single or Married filing separately, $12,200
- Married filing jointly or Qualifying widow(er), $24,400
- Head of household, $18,350
- If you checked any box under Standard Deduction, see instructions.

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see separate instructions.    Cat. No. 11320B    Form **1040** (2019)

[Watermark: PREVIEW COPY — DO NOT FILE]

Form 1040 (2019) JOSE M PLIEGO                                                                                                                    Page **2**

| | | | | | |
|---|---|---|---|---|---|
| | 12a | Tax (see inst.) Check if any from Form(s): 1 ☐ 8814  2 ☐ 4972  3 ☐ _____ | 12a | 3,001. | |
| | b | Add Schedule 2, line 3, and line 12a and enter the total . . . . . . . . . . . . ▶ | 12b | 3,001. | |
| | 13a | Child tax credit or credit for other dependents . . . . . . . . . | 13a | | |
| | b | Add Schedule 3, line 7, and line 13a and enter the total . . . . . . . . . . . . ▶ | 13b | 0. | |
| | 14 | Subtract line 13b from line 12b. If zero or less, enter -0- . . . . . . . . . . . . | 14 | 3,001. | |
| | 15 | Other taxes, including self-employment tax, from Schedule 2, line 10 . . . . . . . | 15 | | |
| | 16 | Add lines 14 and 15. This is your **total tax** . . . . . . . . . . . . . . . . ▶ | 16 | 3,001. | |
| | 17 | Federal income tax withheld from Forms W-2 and 1099 . . . . . . . . . . . . . | 17 | 1,392. | |
| • If you have a qualifying child, attach Sch. EIC. • If you have nontaxable combat pay, see instructions. | 18 | Other payments and refundable credits: | | | |
| | a | Earned income credit (EIC) . . . NO . . . . . . . | 18a | | |
| | b | Additional child tax credit. Attach Schedule 8812 . . . . . . | 18b | | |
| | c | American opportunity credit from Form 8863, line 8 . . . . | 18c | | |
| | d | Schedule 3, line 14 . . . . . . . . . . . . . . . . | 18d | | |
| | e | Add lines 18a through 18d. These are your **total other payments and refundable credits** . . . . . . ▶ | 18e | | |
| | 19 | Add lines 17 and 18e. These are your **total payments** . . . . . . . . . . . . . ▶ | 19 | 1,392. | |
| **Refund** | 20 | If line 19 is more than line 16, subtract line 16 from line 19. This is the amount you **overpaid** . . . . . . | 20 | | |
| | 21a | Amount of line 20 you want **refunded to you.** If Form 8888 is attached, check here . . . . . . . ▶ ☐ | 21a | | |
| Direct deposit? See instructions. | ▶ b | Routing number | ▶ c Type: ☐ Checking  ☐ Savings | | |
| | ▶ d | Account number | | | |
| | 22 | Amount of line 20 you want **applied to your 2020 estimated tax** . . . . . ▶ | 22 | | |
| **Amount You Owe** | 23 | **Amount you owe.** Subtract line 19 from line 16. For details on how to pay, see instructions . . . . . ▶ | 23 | 1,609. | |
| | 24 | Estimated tax penalty (see instructions) . . . . . . . . . . ▶ | 24 | | |

| Third Party Designee (Other than paid preparer) | Do you want to allow another person (other than your paid preparer) to discuss this return with the IRS? See instructions. ☐ Yes. Complete below.  ☒ No |
|---|---|
| | Designee's name ▶            Phone no. ▶            Personal identification number (PIN) ▶ |

| Sign Here | Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge. | | | |
|---|---|---|---|---|
| | Your signature | Date | Your occupation  INSTALLER | If the IRS sent you an Identity Protection PIN, enter it here (see inst.) |
| Joint return? See instructions. Keep a copy for your records. | Spouse's signature. If a joint return, **both** must sign. | Date | Spouse's occupation | If the IRS sent your spouse an Identity Protection PIN, enter it here (see inst.) |
| | Phone no. | Email address | | |

| Paid Preparer Use Only | Preparer's name | Preparer's signature  SELF-PREPARED | Date | PTIN | Check if: ☐ 3rd Party Designee ☐ Self-employed |
|---|---|---|---|---|---|
| | Firm's name ▶ | | Phone no. | | |
| | Firm's address ▶ | | | Firm's EIN ▶ | |

Go to *www.irs.gov/Form1040* for instructions and the latest information.                                                   Form **1040** (2019)

CDA

*PREVIEW COPY — DO NOT FILE*

| TAXABLE YEAR | | FORM |
|---|---|---|
| 2019 | **California Resident Income Tax Return** | **540** |

APE                    DO NOT ATTACH FEDERAL RETURN

▮▮▮▮▮▮▮ PLIE                                    19
JOSE M         PLIEGO                                                              A
                                                                                   R
                                                                                   RP

▮▮▮▮▮▮▮
JURUPA VALLEY        CA  92509
▮▮▮▮▮ 968

If your California filing status is different from your federal filing status, check the box here ............ ☐

**Filing Status**

1  [X] Single                                 4  ☐ Head of household (with qualifying person). See instructions.
2  ☐ Married/RDP filing jointly. See inst.    5  ☐ Qualifying widow(er). Enter year spouse/RDP died.
                                                 See instructions. [        ]
3  ☐ Married/RDP filing separately. Enter spouse's/RDP's SSN or ITIN above and full name here [        ]

6  If someone can claim you (or your spouse/RDP) as a dependent, check the box here. See inst ....... ● 6 ☐

▶ For line 7, line 8, line 9, and line 10: Multiply the number you enter in the box by the pre-printed dollar amount for that line.    **Whole dollars only**

**Exemptions**

7  **Personal:** If you checked box 1, 3, or 4 above, enter 1 in the box. If you checked box 2 or 5, enter 2 in the box. If you checked the box on line 6, see instructions. ●7 [1] X $122 = ●$ [         122]

8  **Blind:** If you (or your spouse/RDP) are visually impaired, enter 1; if both are visually impaired, enter 2................................. ●8 [ ] X $122 = ●$ [          ]

9  **Senior:** If you (or your spouse/RDP) are 65 or older, enter 1; if both are 65 or older, enter 2 ....................................... ●9 [ ] X $122 = ●$ [          ]

10 **Dependents:** Do not include yourself or your spouse/RDP.

| | Dependent 1 | Dependent 2 | Dependent 3 |
|---|---|---|---|
| First Name | ● [        ] | ● [        ] | ● [        ] |
| Last Name | ● [        ] | ● [        ] | ● [        ] |
| SSN | ● [        ] | ● [        ] | ● [        ] |
| Dependent's relationship to you | ● [        ] | ● [        ] | ● [        ] |

Total dependent exemptions ..................................● 10 [ ] X $378 = ●$ [          ]

126    3101194                              Form 540 2019 Side 1

# Form 1040 — U.S. Individual Income Tax Return (2020)

Department of the Treasury—Internal Revenue Service (99)

OMB No. 1545-0074    IRS Use Only—Do not write or staple in this space.

**Filing Status** — Check only one box.
- [X] Single
- [ ] Married filing jointly
- [ ] Married filing separately (MFS)
- [ ] Head of household (HOH)
- [ ] Qualifying widow(er) (QW)

If you checked the MFS box, enter the name of your spouse. If you checked the HOH or QW box, enter the child's name if the qualifying person is a child but not your dependent ▶

Your first name and middle initial: JOSE M
Last name: PLIEGO
Your social security number: [redacted]

If joint return, spouse's first name and middle initial:
Last name:
Spouse's social security number:

Home address (number and street): [redacted]
Apt. no.: [redacted]

City, town, or post office: JURUPA VALLEY    State: CA    ZIP code: 92509

Presidential Election Campaign: Check here if you, or your spouse if filing jointly, want $3 to go to this fund. Checking a box below will not change your tax or refund.
- [ ] You
- [ ] Spouse

At any time during 2020, did you receive, sell, send, exchange, or otherwise acquire any financial interest in any virtual currency?  [ ] Yes  [X] No

**Standard Deduction**
Someone can claim:  [ ] You as a dependent    [ ] Your spouse as a dependent
[ ] Spouse itemizes on a separate return or you were a dual-status alien

**Age/Blindness**  You: [ ] Were born before January 2, 1956  [ ] Are blind   Spouse: [ ] Was born before January 2, 1956  [ ] Is blind

**Dependents** (see instructions): (none listed)

| Line | Description | Amount |
|---|---|---|
| 1 | Wages, salaries, tips, etc. Attach Form(s) W-2 | |
| 2a | Tax-exempt interest | |
| 2b | Taxable interest | 15. |
| 3a | Qualified dividends | |
| 3b | Ordinary dividends | |
| 4a | IRA distributions | |
| 4b | Taxable amount | |
| 5a | Pensions and annuities | |
| 5b | Taxable amount | 219. |
| 6a | Social security benefits | |
| 6b | Taxable amount | |
| 7 | Capital gain or (loss). Attach Schedule D if required. If not required, check here ▶ [ ] | 0. |
| 8 | Other income from Schedule 1, line 9 | |
| 9 | Add lines 1, 2b, 3b, 4b, 5b, 6b, 7, and 8. This is your **total income** ▶ | 234. |
| 10 | Adjustments to income: | |
| 10a | From Schedule 1, line 22 | 0. |
| 10b | Charitable contributions if you take the standard deduction. See instructions | 0. |
| 10c | Add lines 10a and 10b. These are your **total adjustments to income** ▶ | 0. |
| 11 | Subtract line 10c from line 9. This is your **adjusted gross income** ▶ | 234. |
| 12 | Standard deduction or itemized deductions (from Schedule A) | 12,400. |
| 13 | Qualified business income deduction. Attach Form 8995 or Form 8995-A | |
| 14 | Add lines 12 and 13 | 12,400. |
| 15 | **Taxable income.** Subtract line 14 from line 11. If zero or less, enter -0- | 0. |

Standard Deduction for—
- Single or Married filing separately, $12,400
- Married filing jointly or Qualifying widow(er), $24,800
- Head of household, $18,650
- If you checked any box under Standard Deduction, see instructions.

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see separate instructions.    Cat. No. 11320B    Form **1040** (2020)

CDA

Form 1040 (2020) JOSE M PLIEGO                                                                                              Page **2**

| | | | | |
|---|---|---|---|---|
| 16 | Tax (see instructions). Check if any from Form(s): 1 ☐ 8814  2 ☐ 4972  3 ☐ _____ | | 16 | 0. |
| 17 | Amount from Schedule 2, line 3 | | 17 | 0. |
| 18 | Add lines 16 and 17 | | 18 | 0. |
| 19 | Child tax credit or credit for other dependents | | 19 | |
| 20 | Amount from Schedule 3, line 7 | | 20 | 0. |
| 21 | Add lines 19 and 20 | | 21 | 0. |
| 22 | Subtract line 21 from line 18. If zero or less, enter -0- | | 22 | 0. |
| 23 | Other taxes, including self-employment tax, from Schedule 2, line 10 | | 23 | 22. |
| 24 | Add lines 22 and 23. This is your **total tax** ▶ | | 24 | 22. |
| 25 | Federal income tax withheld from: | | | |
| a | Form(s) W-2 | 25a | | |
| b | Form(s) 1099 | 25b | 44. | |
| c | Other forms (see instructions) | 25c | | |
| d | Add lines 25a through 25c | | 25d | 44. |
| 26 | 2020 estimated tax payments and amount applied from 2019 return | | 26 | |
| 27 | Earned income credit (EIC) . NO | 27 | | |
| 28 | Additional child tax credit. Attach Schedule 8812 | 28 | | |
| 29 | American opportunity credit from Form 8863, line 8 | 29 | | |
| 30 | Recovery rebate credit. See instructions | 30 | 1,800. | |
| 31 | Amount from Schedule 3, line 13 | 31 | | |
| 32 | Add lines 27 through 31. These are your **total other payments and refundable credits** ▶ | | 32 | 1,800. |
| 33 | Add lines 25d, 26, and 32. These are your **total payments** ▶ | | 33 | 1,844. |

**Refund**

| | | | | |
|---|---|---|---|---|
| 34 | If line 33 is more than line 24, subtract line 24 from line 33. This is the amount you **overpaid** | | 34 | 1,822. |
| 35a | Amount of line 34 you want **refunded to you**. If Form 8888 is attached, check here ▶ ☐ | | 35a | 1,822. |

Direct deposit? See instructions.
▶ b Routing number X X X X X X X X X  ▶ c Type: ☐ Checking  ☐ Savings
▶ d Account number X X X X X X X X X X X X X X X X X

| | | | | |
|---|---|---|---|---|
| 36 | Amount of line 34 you want **applied to your 2021 estimated tax** ▶ | 36 | | |

**Amount You Owe**
For details on how to pay, see instructions.

| | | | | |
|---|---|---|---|---|
| 37 | Subtract line 33 from line 24. This is the **amount you owe now** ▶ | | 37 | 0. |
| | Note: Schedule H and Schedule SE filers, line 37 may not represent all of the taxes you owe for 2020. See Schedule 3, line 12e, and its instructions for details. | | | |
| 38 | Estimated tax penalty (see instructions) ▶ | 38 | | |

**Third Party Designee**

Do you want to allow another person to discuss this return with the IRS? See instructions ▶ ☐ Yes. Complete below.  ☒ No

Designee's name ▶              Phone no. ▶              Personal identification number (PIN) ▶

**Sign Here**

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Your signature | Date | Your occupation: INSTALLER | If the IRS sent you an Identity Protection PIN, enter it here (see inst.) ▶

Joint return? See instructions. Keep a copy for your records.

Spouse's signature. If a joint return, **both must sign**. | Date | Spouse's occupation | If the IRS sent your spouse an Identity Protection PIN, enter it here (see inst.) ▶

Phone no.            Email address

**Paid Preparer Use Only**

| Preparer's name | Preparer's signature SELF-PREPARED | Date | PTIN | Check if: ☐ Self-employed |
|---|---|---|---|---|
| Firm's name ▶ | | | Phone no. | |
| Firm's address ▶ | | | Firm's EIN ▶ | |

Go to *www.irs.gov/Form1040* for instructions and the latest information.                                Form **1040** (2020)

CDA

# Form 1040 — U.S. Individual Income Tax Return (2021)

Department of the Treasury—Internal Revenue Service (99)
OMB No. 1545-0074   IRS Use Only—Do not write or staple in this space.

**Filing Status** (Check only one box.)
- [ ] Single
- [ ] Married filing jointly
- [ ] Married filing separately (MFS)
- [X] Head of household (HOH)
- [ ] Qualifying widow(er) (QW)

If you checked the MFS box, enter the name of your spouse. If you checked the HOH or QW box, enter the child's name if the qualifying person is a child but not your dependent ▶

Your first name and middle initial: JOSE M
Last name: PLIEGO
Your social security number: [redacted]

If joint return, spouse's first name and middle initial:
Last name:
Spouse's social security number:

Home address (number and street): [redacted]
Apt. no.: [redacted]

City, town, or post office: JURUPA VALLEY
State: CA
ZIP code: 92509

Presidential Election Campaign — [ ] You  [ ] Spouse

At any time during 2021, did you receive, sell, exchange, or otherwise dispose of any financial interest in any virtual currency?  [ ] Yes  [X] No

**Standard Deduction**
Someone can claim: [ ] You as a dependent   [ ] Your spouse as a dependent
[ ] Spouse itemizes on a separate return or you were a dual-status alien

Age/Blindness: You: [ ] Were born before January 2, 1957   [ ] Are blind
Spouse: [ ] Was born before January 2, 1957   [ ] Is blind

**Dependents** (see instructions): (none listed)

| Line | Description | Amount |
|---|---|---|
| 1 | Wages, salaries, tips, etc. Attach Form(s) W-2 | 13,387. |
| 2a | Tax-exempt interest | |
| 2b | Taxable interest | 11. |
| 3a | Qualified dividends | |
| 3b | Ordinary dividends | |
| 4a | IRA distributions | |
| 4b | Taxable amount | |
| 5a | Pensions and annuities | |
| 5b | Taxable amount | |
| 6a | Social security benefits | |
| 6b | Taxable amount | |
| 7 | Capital gain or (loss). Attach Schedule D if required. If not required, check here ▶ [ ] | 0. |
| 8 | Other income from Schedule 1, line 10 | |
| 9 | Add lines 1, 2b, 3b, 4b, 5b, 6b, 7, and 8. This is your **total income** ▶ | 13,398. |
| 10 | Adjustments to income from Schedule 1, line 26 | 0. |
| 11 | Subtract line 10 from line 9. This is your **adjusted gross income** ▶ | 13,398. |
| 12a | Standard deduction or itemized deductions (from Schedule A) | 18,800. |
| 12b | Charitable contributions if you take the standard deduction (see instructions) | 300. |
| 12c | Add lines 12a and 12b | 19,100. |
| 13 | Qualified business income deduction from Form 8995 or Form 8995-A | |
| 14 | Add lines 12c and 13 | 19,100. |
| 15 | Taxable income. Subtract line 14 from line 11. If zero or less, enter -0- | 0. |

Standard Deduction for—
- Single or Married filing separately, $12,550
- Married filing jointly or Qualifying widow(er), $25,100
- Head of household, $18,800
- If you checked any box under Standard Deduction, see instructions.

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see separate instructions.   Cat. No. 11320B   Form **1040** (2021)

PREVIEW COPY — DO NOT FILE

Form 1040 (2021) JOSE M PLIEGO                                      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   Page **2**

| | | | |
|---|---|---|---|
| 16 | Tax (see instructions). Check if any from Form(s): 1 ☐ 8814  2 ☐ 4972  3 ☐ ____ | 16 | 0. |
| 17 | Amount from Schedule 2, line 3 | 17 | 0. |
| 18 | Add lines 16 and 17 | 18 | 0. |
| 19 | Nonrefundable child tax credit or credit for other dependents from Schedule 8812 | 19 | |
| 20 | Amount from Schedule 3, line 8 | 20 | 0. |
| 21 | Add lines 19 and 20 | 21 | 0. |
| 22 | Subtract line 21 from line 18. If zero or less, enter -0- | 22 | 0. |
| 23 | Other taxes, including self-employment tax, from Schedule 2, line 21 | 23 | |
| 24 | Add lines 22 and 23. This is your **total tax** ▶ | 24 | |
| 25 | Federal income tax withheld from: | | |
| a | Form(s) W-2 .......... 25a | 373. | |
| b | Form(s) 1099 .......... 25b | | |
| c | Other forms (see instructions) .... 25c | | |
| d | Add lines 25a through 25c | 25d | 373. |
| 26 | 2021 estimated tax payments and amount applied from 2020 return | 26 | |
| 27a | Earned income credit (EIC) ........ 27a | 1,232. | |
| | Check here if you were born after January 1, 1998, and before January 2, 2004, and you satisfy all the other requirements for taxpayers who are at least age 18, to claim the EIC. See instructions ▶ ☐ | | |
| b | Nontaxable combat pay election .... 27b | | |
| c | Prior year (2019) earned income .... 27c | | |
| 28 | Refundable child tax credit or additional child tax credit from Schedule 8812 | 28 | |
| 29 | American opportunity credit from Form 8863, line 8 | 29 | |
| 30 | Recovery rebate credit. See instructions | 30 | 1,400. |
| 31 | Amount from Schedule 3, line 15 | 31 | |
| 32 | Add lines 27a and 28 through 31. These are your **total other payments and refundable credits** ▶ | 32 | 2,632. |
| 33 | Add lines 25d, 26, and 32. These are your **total payments** | 33 | 3,005. |

**Refund**

| | | | |
|---|---|---|---|
| 34 | If line 33 is more than line 24, subtract line 24 from line 33. This is the amount you **overpaid** | 34 | 3,005. |
| 35a | Amount of line 34 you want **refunded to you.** If Form 8888 is attached, check here ▶ ☐ | 35a | 3,005. |

Direct deposit? See instructions.
▶ b Routing number  X X X X X X X X X    ▶ c Type: ☐ Checking  ☐ Savings
▶ d Account number  X X X X X X X X X X X X X X X X

| 36 | Amount of line 34 you want **applied to your 2022 estimated tax** ▶ | 36 | |

**Amount You Owe**

| 37 | **Amount you owe.** Subtract line 33 from line 24. For details on how to pay, see instructions ▶ | 37 | 0. |
| 38 | Estimated tax penalty (see instructions) ▶ | 38 | |

**Third Party Designee**

Do you want to allow another person to discuss this return with the IRS? See instructions ▶   ☐ **Yes.** Complete below.  ☒ **No**

Designee's name ▶              Phone no. ▶              Personal identification number (PIN) ▶

**Sign Here**

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Your signature | Date | Your occupation: SELF EMPLOYED | If the IRS sent you an Identity Protection PIN, enter it here (see inst.) ▶

Joint return? See instructions. Keep a copy for your records.

Spouse's signature. If a joint return, **both** must sign. | Date | Spouse's occupation | If the IRS sent your spouse an Identity Protection PIN, enter it here (see inst.) ▶

Phone no. | Email address

**Paid Preparer Use Only**

| Preparer's name | Preparer's signature SELF-PREPARED | Date | PTIN | Check if: ☐ Self-employed |
| Firm's name ▶ | | | Phone no. | |
| Firm's address ▶ | | | Firm's EIN ▶ | |

Go to *www.irs.gov/Form1040* for instructions and the latest information.                Form **1040** (2021)

CDA

# Form 1040 — U.S. Individual Income Tax Return — 2022

Department of the Treasury—Internal Revenue Service
OMB No. 1545-0074 — IRS Use Only—Do not write or staple in this space.

**Filing Status** — Check only one box.
[X] Single  [ ] Married filing jointly  [ ] Married filing separately (MFS)  [ ] Head of household (HOH)  [ ] Qualifying surviving spouse (QSS)

If you checked the MFS box, enter the name of your spouse. If you checked the HOH or QSS box, enter the child's name if the qualifying person is a child but not your dependent:

Your first name and middle initial: JOSE M
Last name: PLIEGO
Your social security number: [redacted]

If joint return, spouse's first name and middle initial:
Last name:
Spouse's social security number:

Home address (number and street). If you have a P.O. box, see instructions.: [redacted]
Apt. no.:

City, town, or post office: SAN JACINTO   State: CA   ZIP code: 92582

Foreign country name:   Foreign province/state/county:   Foreign postal code:

Presidential Election Campaign — Check here if you, or your spouse if filing jointly, want $3 to go to this fund. Checking a box below will not change your tax or refund.
[ ] You  [ ] Spouse

**Digital Assets**: At any time during 2022, did you: (a) receive (as a reward, award, or payment for property or services); or (b) sell, exchange, gift, or otherwise dispose of a digital asset (or a financial interest in a digital asset)? (See instructions.)  [ ] Yes  [X] No

**Standard Deduction** — Someone can claim:  [ ] You as a dependent  [ ] Your spouse as a dependent
[ ] Spouse itemizes on a separate return or you were a dual-status alien

**Age/Blindness**  You: [ ] Were born before January 2, 1958  [ ] Are blind   Spouse: [ ] Was born before January 2, 1958  [ ] Is blind

**Dependents** (see instructions):
If more than four dependents, see instructions and check here [ ]

| (1) First name | Last name | (2) Social security number | (3) Relationship to you | (4) Check the box if qualifies for (see instructions): Child tax credit | Credit for other dependents |
|---|---|---|---|---|---|
| | | | | [ ] | [ ] |

## Income

Attach Form(s) W-2 here. Also attach Forms W-2G and 1099-R if tax was withheld.
If you did not get a Form W-2, see instructions.

| | | Amount |
|---|---|---|
| 1a | Total amount from Form(s) W-2, box 1 (see instructions) | 40,746 |
| 1b | Household employee wages not reported on Form(s) W-2 | |
| 1c | Tip income not reported on line 1a (see instructions) | |
| 1d | Medicaid waiver payments not reported on Form(s) W-2 (see instructions) | |
| 1e | Taxable dependent care benefits from Form 2441, line 26 | |
| 1f | Employer-provided adoption benefits from Form 8839, line 29 | |
| 1g | Wages from Form 8919, line 6 | |
| 1h | Other earned income (see instructions) | |
| 1i | Nontaxable combat pay election (see instructions) | |
| 1z | Add lines 1a through 1h | 40,746 |
| 2a | Tax-exempt interest | |
| 2b | Taxable interest | 60 |
| 3a | Qualified dividends | |
| 3b | Ordinary dividends | |
| 4a | IRA distributions | |
| 4b | Taxable amount | |
| 5a | Pensions and annuities | |
| 5b | Taxable amount | |
| 6a | Social security benefits | |
| 6b | Taxable amount | |
| 6c | If you elect to use the lump-sum election method, check here (see instructions) [ ] | |
| 7 | Capital gain or (loss). Attach Schedule D if required. If not required, check here [ ] | |
| 8 | Other income from Schedule 1, line 10 | 159 |
| 9 | Add lines 1z, 2b, 3b, 4b, 5b, 6b, 7, and 8. This is your **total income** | 40,965 |
| 10 | Adjustments to income from Schedule 1, line 26 | |
| 11 | Subtract line 10 from line 9. This is your **adjusted gross income** | 40,965 |
| 12 | Standard deduction or itemized deductions (from Schedule A) | 12,950 |
| 13 | Qualified business income deduction from Form 8995 or Form 8995-A | |
| 14 | Add lines 12 and 13 | 12,950 |
| 15 | Subtract line 14 from line 11. If zero or less, enter -0-. This is your **taxable income** | 28,015 |

Standard Deduction for—
- Single or Married filing separately, $12,950
- Married filing jointly or Qualifying surviving spouse, $25,900
- Head of household, $19,400
- If you checked any box under Standard Deduction, see instructions.

Attach Sch. B if required.

SPA  For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see separate instructions.   1037 CPTS 2US011   Form **1040** (2022)

*(COPY — DO NOT FILE watermark)*

Form 1040 (2022) Page **2**

| | | | | |
|---|---|---|---|---|
| **Tax and Credits** | 16 | Tax (see instructions). Check if any from Form(s): 1 ☐ 8814  2 ☐ 4972  3 ☐ _____ | 16 | 3,158 |
| | 17 | Amount from Schedule 2, line 3 | 17 | |
| | 18 | Add lines 16 and 17 | 18 | 3,158 |
| | 19 | Child tax credit or credit for other dependents from Schedule 8812 | 19 | |
| | 20 | Amount from Schedule 3, line 8 | 20 | |
| | 21 | Add lines 19 and 20 | 21 | |
| | 22 | Subtract line 21 from line 18. If zero or less, enter -0- | 22 | 3,158 |
| | 23 | Other taxes, including self-employment tax, from Schedule 2, line 21 | 23 | |
| | 24 | Add lines 22 and 23. This is your **total tax** | 24 | 3,158 |
| **Payments** | 25 | Federal income tax withheld from: | | |
| | a | Form(s) W-2 . . . . . . . . . . . . . . . . . 25a  1,887 | | |
| | b | Form(s) 1099 . . . . . . . . . . . . . . . . 25b | | |
| | c | Other forms (see instructions) . . . . . . . . . 25c | | |
| | d | Add lines 25a through 25c | 25d | 1,887 |
| If you have a qualifying child, attach Sch. EIC. | 26 | 2022 estimated tax payments and amount applied from 2021 return | 26 | |
| | 27 | Earned income credit (EIC) . . . . . . 27 | | |
| | 28 | Additional child tax credit from Schedule 8812 . 28 | | |
| | 29 | American opportunity credit from Form 8863, line 8 . 29 | | |
| | 30 | Reserved for future use . . . . . . . 30 | | |
| | 31 | Amount from Schedule 3, line 15 . . . . 31 | | |
| | 32 | Add lines 27, 28, 29, and 31. These are your total other payments and refundable credits | 32 | |
| | 33 | Add lines 25d, 26, and 32. These are your **total payments** | 33 | 1,887 |
| **Refund** | 34 | If line 33 is more than line 24, subtract line 24 from line 33. This is the amount you **overpaid** | 34 | |
| | 35a | Amount of line 34 you want **refunded to you**. If Form 8888 is attached, check here ☐ | 35a | |
| Direct deposit? See instructions | b | Routing number XXXXXXXXX   c Type: ☐ Checking ☐ Savings | | |
| | d | Account number XXXXXXXXXXXXXXXX | | |
| | 36 | Amount of line 34 you want applied to your 2023 estimated tax . . . 36 | | |
| **Amount You Owe** | 37 | Subtract line 33 from line 24. This is the amount you **owe**. For details on how to pay, go to www.irs.gov/Payments or see instructions | 37 | 1,309 |
| | 38 | Estimated tax penalty (see instructions) . . . . . 38 | | |
| **Third Party Designee** | | Do you want to allow another person to discuss this return with the IRS? See instructions . . . . . . . . . . . . . . . . . . . ☐ **Yes. Complete below.** ☒ **No** | | |
| | | Designee's name    Phone no.    Personal identification number (PIN) | | |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

| Your signature | Date | Your occupation  CONSTRUCTOR | If the IRS sent you an Identity Protection PIN, enter it here (see inst.) |
|---|---|---|---|

Joint return? See instructions. Keep a copy for your records.

| Spouse's signature. If a joint return, both must sign. | Date | Spouse's occupation | If the IRS sent your spouse an Identity Protection PIN, enter it here (see inst.) |
|---|---|---|---|

| Phone no. | Email address | | |
|---|---|---|---|

**Paid Preparer Use Only**

| Preparer's name  FATIMA ULMOS (RTRP) | Preparer's signature | Date | PTIN | Check if: ☒ Self-employed |
|---|---|---|---|---|
| Firm's name  COSMOS TAX | | | Phone no. | |
| Firm's address  BLOOMINGTON CA | | | Firm's EIN | |

SPA  Go to www.irs.gov/Form1040 for instructions and the latest information.   1040 OPTS 2US012   Form **1040** (2022)

Client Copy

# Form 1040 — U.S. Individual Income Tax Return (2023)

Department of the Treasury—Internal Revenue Service
OMB No. 1545-0074    IRS Use Only—Do not write or staple in this space.

For the year Jan. 1–Dec. 31, 2023, or other tax year beginning _____, 2023, ending _____, 20___   See separate instructions.

**Your first name and middle initial:** JOSE M
**Last name:** PLIEGO
**Your social security number:** [redacted]

If joint return, spouse's first name and middle initial: ___
Last name: ___
Spouse's social security number: ___

Home address: [redacted]   Apt. no.: ___
City, town, or post office: SAN JACINTO   State: CA   ZIP code: 92582

Check here if you, or your spouse if filing jointly, want $3 to go to this fund. Checking a box below will not change your tax or refund.   ☐ You   ☐ Spouse

**Filing Status** (Check only one box.): ☒ Single   ☐ Married filing jointly   ☐ Married filing separately (MFS)   ☐ Head of household (HOH)   ☐ Qualifying surviving spouse (QSS)

**Digital Assets:** At any time during 2023, did you: (a) receive (as a reward, award, or payment for property or services); or (b) sell, exchange, or otherwise dispose of a digital asset (or a financial interest in a digital asset)?   ☐ Yes   ☒ No

**Standard Deduction — Someone can claim:** ☐ You as a dependent   ☐ Your spouse as a dependent   ☐ Spouse itemizes on a separate return or you were a dual-status alien

**Age/Blindness:** You: ☐ Were born before January 2, 1959   ☐ Are blind   Spouse: ☐ Was born before January 2, 1959   ☐ Is blind

**Dependents:** (none listed)

## Income

| Line | Description | Amount |
|---|---|---|
| 1a | Total amount from Form(s) W-2, box 1 | 25,383 |
| 1b | Household employee wages not reported on Form(s) W-2 | |
| 1c | Tip income not reported on line 1a | |
| 1d | Medicaid waiver payments not reported on Form(s) W-2 | |
| 1e | Taxable dependent care benefits from Form 2441, line 26 | |
| 1f | Employer-provided adoption benefits from Form 8839, line 29 | |
| 1g | Wages from Form 8919, line 6 | |
| 1h | Other earned income | |
| 1i | Nontaxable combat pay election | |
| 1z | Add lines 1a through 1h | 25,383 |
| 2b | Taxable interest | 28 |
| 3b | Ordinary dividends | |
| 4b | IRA distributions — taxable amount | |
| 5b | Pensions and annuities — taxable amount | |
| 6b | Social security benefits — taxable amount | |
| 7 | Capital gain or (loss) | |
| 8 | Additional income from Schedule 1, line 10 | 426 |
| 9 | Add lines 1z, 2b, 3b, 4b, 5b, 6b, 7, and 8. This is your total income | 25,837 |
| 10 | Adjustments to income from Schedule 1, line 26 | |
| 11 | Subtract line 10 from line 9. This is your adjusted gross income | 25,837 |
| 12 | Standard deduction or itemized deductions (from Schedule A) | 13,850 |
| 13 | Qualified business income deduction from Form 8995 or Form 8995-A | |
| 14 | Add lines 12 and 13 | 13,850 |
| 15 | Subtract line 14 from line 11. If zero or less, enter -0-. This is your taxable income | 11,987 |

Standard Deduction for—
- Single or Married filing separately, $13,850
- Married filing jointly or Qualifying surviving spouse, $27,700
- Head of household, $20,800
- If you checked any box under Standard Deduction, see instructions.

SPA   For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see separate instructions.   1037 CPTS 3US011



Form 1040 (2023)

Form 1040 (2023) Page **2**

| | | | | |
|---|---|---|---|---|
| **Tax and Credits** | 16 | Tax (see instructions). Check if any from Form(s): 1 ☐ 8814  2 ☐ 4972  3 ☐ _____ | 16 | 1,217 |
| | 17 | Amount from Schedule 2, line 3 | 17 | |
| | 18 | Add lines 16 and 17 | 18 | 1,217 |
| | 19 | Child tax credit or credit for other dependents from Schedule 8812 | 19 | |
| | 20 | Amount from Schedule 3, line 8 | 20 | |
| | 21 | Add lines 19 and 20 | 21 | |
| | 22 | Subtract line 21 from line 18. If zero or less, enter -0- | 22 | 1,217 |
| | 23 | Other taxes, including self-employment tax, from Schedule 2, line 21 | 23 | |
| | 24 | Add lines 22 and 23. This is your **total tax** | 24 | 1,217 |
| **Payments** | 25 | Federal income tax withheld from: | | |
| | a | Form(s) W-2 ................................ 25a  1,713 | | |
| | b | Form(s) 1099 ............................... 25b | | |
| | c | Other forms (see instructions) ............ 25c | | |
| | d | Add lines 25a through 25c | 25d | 1,713 |
| If you have a qualifying child, attach Sch. EIC. | 26 | 2023 estimated tax payments and amount applied from 2022 return | 26 | |
| | 27 | Earned income credit (EIC) ............... 27 | | |
| | 28 | Additional child tax credit from Schedule 8812 .. 28 | | |
| | 29 | American opportunity credit from Form 8863, line 8 .. 29 | | |
| | 30 | Reserved for future use ................... 30 | | |
| | 31 | Amount from Schedule 3, line 15 .......... 31 | | |
| | 32 | Add lines 27, 28, 29, and 31. These are your **total other payments and refundable credits** | 32 | |
| | 33 | Add lines 25d, 26, and 32. These are your **total payments** | 33 | 1,713 |
| **Refund** | 34 | If line 33 is more than line 24, subtract line 24 from line 33. This is the amount you **overpaid** | 34 | 496 |
| | 35a | Amount of line 34 you want **refunded to you.** If Form 8888 is attached, check here ☐ | 35a | 496 |
| Direct deposit? See instructions. | b | Routing number XXXXXXXXX   c Type: ☐ Checking  ☐ Savings | | |
| | d | Account number XXXXXXXXXXXXXXXXX | | |
| | 36 | Amount of line 34 you want applied to your 2024 estimated tax .... 36 | | |
| **Amount You Owe** | 37 | Subtract line 33 from line 24. This is the **amount you owe.** For details on how to pay, go to www.irs.gov/Payments or see instructions | 37 | |
| | 38 | Estimated tax penalty (see instructions) ........ 38 | | |

**Third** — Do you want to allow another person to discuss this return with the IRS? See instructions ............ ☐ Yes. Complete below.  ☒ No

Designee's name _____  Phone no. _____  Personal identification number (PIN) _____

**Sign Here**
Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Joint return? See instructions. Keep a copy for your records.

| Your signature | Date | Your occupation | If the IRS sent you an Identity Protection PIN, enter it here (see inst.) |
|---|---|---|---|
| | | CONSTRUCTOR | |
| Spouse's signature. If a joint return, both must sign. | Date | Spouse's occupation | If the IRS sent your spouse an Identity Protection PIN, enter it here (see inst.) |

Phone no. _____  Email address _____

**Paid Preparer Use Only**

| Preparer's name | Preparer's signature | Date | PTIN | Check if: |
|---|---|---|---|---|
| LUIS H ULMOS (RTRP) | | | | ☒ Self-employed |
| Firm's name  COSMOS TAX | | | Phone no. | |
| Firm's address  BLOOMINGTON CA | | | Firm's EIN | |

SPA  Go to www.irs.gov/Form1040 for instructions and the latest information.   1037 CPTS 3US012   Form **1040** (2023)

# Form 1040 — U.S. Individual Income Tax Return 2024

Department of the Treasury—Internal Revenue Service
OMB No. 1545-0074   IRS Use Only—Do not write or staple in this space.

For the year Jan. 1–Dec. 31, 2024, or other tax year beginning _____, 2024, ending _____, 20 ___   See separate instructions.

**Your first name and middle initial:** JOSE M
**Last name:** PLIEGO
**Your social security number:** [redacted]

If joint return, spouse's first name and middle initial: 
Last name: 
Spouse's social security number: 

**Home address (number and street).** If you have a P.O. box, see instructions.  [redacted]
Apt. no.: 

**City, town, or post office.** SAN JACINTO  **State:** CA  **ZIP code:** 92582

Foreign country name: 
Foreign province/state/county: 
Foreign postal code: 

Presidential Election Campaign — Check here if you, or your spouse if filing jointly, want $3 to go to this fund. Checking a box below will not change your tax or refund.  ☐ You  ☐ Spouse

**Filing Status** (Check only one box.):
- ☒ Single
- ☐ Married filing jointly (even if only one had income)
- ☐ Married filing separately (MFS)
- ☐ Head of household (HOH)
- ☐ Qualifying surviving spouse (QSS)

If you checked the MFS box, enter the name of your spouse. If you checked the HOH or QSS box, enter the child's name if the qualifying person is a child but not your dependent: 

☐ If treating a nonresident alien or dual-status alien spouse as a U.S. resident for the entire tax year, check the box and enter their name (see instructions and attach statement if required):

**Digital Assets:** At any time during 2024, did you: (a) receive (as a reward, award, or payment for property or services); or (b) sell, exchange, or otherwise dispose of a digital asset (or a financial interest in a digital asset)? (See instructions.)  ☐ Yes  ☒ No

**Standard Deduction** — Someone can claim:  ☐ You as a dependent  ☐ Your spouse as a dependent
☐ Spouse itemizes on a separate return or you were a dual-status alien

**Age/Blindness** — You: ☐ Were born before January 2, 1960  ☐ Are blind    Spouse: ☐ Was born before January 2, 1960  ☐ Is blind

**Dependents** (see instructions):

| (1) First name   Last name | (2) Social security number | (3) Relationship to you | (4) Check the box if qualifies for (see instructions): Child tax credit / Credit for other dependents |
|---|---|---|---|
|   |   |   |   |
|   |   |   |   |
|   |   |   |   |
|   |   |   |   |

If more than four dependents, see instructions and check here ☐

## Income

Attach Form(s) W-2 here. Also attach Forms W-2G and 1099-R if tax was withheld.
If you did not get a Form W-2, see instructions.

| Line | Description | Amount |
|---|---|---|
| 1a | Total amount from Form(s) W-2, box 1 (see instructions) | 4,431 |
| 1b | Household employee wages not reported on Form(s) W-2 |  |
| 1c | Tip income not reported on line 1a (see instructions) |  |
| 1d | Medicaid waiver payments not reported on Form(s) W-2 (see instructions) |  |
| 1e | Taxable dependent care benefits from Form 2441, line 26 |  |
| 1f | Employer-provided adoption benefits from Form 8839, line 29 |  |
| 1g | Wages from Form 8919, line 6 |  |
| 1h | Other earned income (see instructions) |  |
| 1i | Nontaxable combat pay election (see instructions) |  |
| 1z | Add lines 1a through 1h | 4,431 |
| 2a | Tax-exempt interest |  |
| 2b | Taxable interest | 31 |
| 3a | Qualified dividends |  |
| 3b | Ordinary dividends |  |
| 4a | IRA distributions |  |
| 4b | Taxable amount |  |
| 5a | Pensions and annuities |  |
| 5b | Taxable amount |  |
| 6a | Social security benefits |  |
| 6b | Taxable amount |  |
| 6c | If you elect to use the lump-sum election method, check here (see instructions) ☐ |  |
| 7 | Capital gain or (loss). Attach Schedule D if required. If not required, check here ☐ |  |
| 8 | Additional income from Schedule 1, line 10 | 18 |
| 9 | Add lines 1z, 2b, 3b, 4b, 5b, 6b, 7, and 8. This is your **total income** | 4,480 |
| 10 | Adjustments to income from Schedule 1, line 26 |  |
| 11 | Subtract line 10 from line 9. This is your **adjusted gross income** | 4,480 |
| 12 | Standard deduction or itemized deductions (from Schedule A) | 14,600 |
| 13 | Qualified business income deduction from Form 8995 or Form 8995-A |  |
| 14 | Add lines 12 and 13 | 14,600 |
| 15 | Subtract line 14 from line 11. If zero or less, enter -0-. This is your **taxable income** |  |

Standard Deduction for—
- Single or Married filing separately, $14,600
- Married filing jointly or Qualifying surviving spouse, $29,200
- Head of household, $21,900
- If you checked any box under Standard Deduction, see instructions.

SPA  For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see separate instructions.   1037 CPTS 4US011   Form **1040** (2024)

*(Form stamped "Copy — Do Not Mail")*

Form 1040 (2024) Page 2

| | | | |
|---|---|---|---|
| **Tax and Credits** | 16 | Tax (see instructions). Check if any from Form(s): 1 ☐ 8814   2 ☐ 4972   3 ☐ _____ | 16 | |
| | 17 | Amount from Schedule 2, line 3 | 17 | |
| | 18 | Add lines 16 and 17 | 18 | |
| | 19 | Child tax credit or credit for other dependents from Schedule 8812 | 19 | |
| | 20 | Amount from Schedule 3, line 8 | 20 | |
| | 21 | Add lines 19 and 20 | 21 | |
| | 22 | Subtract line 21 from line 18. If zero or less, enter -0- | 22 | |
| | 23 | Other taxes, including self-employment tax, from Schedule 2, line 21 | 23 | |
| | 24 | Add lines 22 and 23. This is your **total tax** | 24 | |
| **Payments** | 25 | Federal income tax withheld from: | | |
| | a | Form(s) W-2 . . . . . . . . . . . . . . . . . . | 25a | 344 |
| | b | Form(s) 1099 . . . . . . . . . . . . . . . . . . | 25b | |
| | c | Other forms (see instructions) . . . . . . . . . . . | 25c | |
| | d | Add lines 25a through 25c | 25d | 344 |
| If you have a qualifying child, attach Sch. EIC. | 26 | 2024 estimated tax payments and amount applied from 2023 return | 26 | |
| | 27 | Earned income credit (EIC) | 27 | 339 |
| | 28 | Additional child tax credit from Schedule 8812 | 28 | |
| | 29 | American opportunity credit from Form 8863, line 8 | 29 | |
| | 30 | Reserved for future use | 30 | |
| | 31 | Amount from Schedule 3, line 15 | 31 | |
| | 32 | Add lines 27, 28, 29, and 31. These are your total other **payments and refundable credits** | 32 | 339 |
| | 33 | Add lines 25d, 26, and 32. These are your **total payments** | 33 | 683 |
| **Refund** | 34 | If line 33 is more than line 24, subtract line 24 from line 33. This is the amount you **overpaid** | 34 | 683 |
| | 35a | Amount of line 34 you want **refunded to you**. If Form 8888 is attached, check here ☐ | 35a | 683 |
| Direct deposit? See instructions. | b | Routing number XXXXXXXXX   ▶ Type: ☐ Checking ☐ Savings | | |
| | d | Account number XXXXXXXXXXXXXXXXX | | |
| | 36 | Amount of line 34 you want applied to your 2025 estimated tax . . . ▶ | 36 | |
| **Amount You Owe** | 37 | Subtract line 33 from line 24. This is the amount you **owe**. For details on how to pay, go to www.irs.gov/Payments or see instructions | 37 | |
| | 38 | Estimated tax penalty (see instructions) | 38 | |

**Third Party Designee**

Do you want to allow another person to discuss this return with the IRS? See instructions . . . . . .   ☐ Yes. Complete below.   ☒ No

Designee's name _____   Phone no _____   Personal identification number (PIN) _____

**Sign Here**

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Joint return? See instructions. Keep a copy for your records.

| Your signature | Date | Your occupation | If the IRS sent you an Identity Protection PIN, enter it here (see inst.) |
|---|---|---|---|
| XXXXXXXXXXXXXXXX | | CONSTRUCTOR | |
| Spouse's signature. If a joint return, both must sign. | Date | Spouse's occupation | If the IRS sent your spouse an Identity Protection PIN, enter it here (see inst.) |
| XXXXXXXXXXXXXXXX | | | |
| Phone no. | | Email address | |

**Paid Preparer Use Only**

| Preparer's name | Preparer's signature | Date | PTIN | Check if: |
|---|---|---|---|---|
| LUIS H ULMOS (RTRP) | XXXXXXXXXXXXXXXX | | | ☒ Self-employed |
| Firm's name COSMOS TAX | | | | Phone no. |
| Firm's address BLOOMINGTON CA | | | | Firm's EIN |

SPA   Go to www.irs.gov/Form1040 for instructions and the latest information.   1037 CPTS 4VS012   Form **1040** (2024)