# EXHIBIT B

## 5:25-CR-00089-RGK

## U.S. v. Jose Margarito Pliego-Pineda

**MOTION TO DISMISS INDICTMENT PURSUANT TO FED. R. CRIM. P. 12(b) (STATUTE OF LIMITATIONS); MEMORANDUM OF POINTS AND AUTHORITIES; EXHIBITS**



**CALIFORNIA DEPARTMENT OF MOTOR VEHICLES**

***CUSTOMER RECEIPT COPY***

DRIVER LICENSE/IDENTIFICATION CARD

INFORMATION REQUEST

06/05/2025

```
DATE:06-05-25*TIME:10:07*
DL/NO:▓▓▓▓
B/D:▓▓▓▓1968*NAME:PLIEGO,JOSE MARGARITO*
IDENTIFYING INFORMATION:
SEX:MALE*HAIR:BLACK*EYES:BRN*HT:5-10*WT:250*
ID CARD MLD:06-13-03* EXP:08-07-08*
LIC/ISS:08-05-20* EXP:08-07-30*RBM1*CLASS:C NON-COMMERCIAL*
ENDORSEMENTS:NONE*
HEALTH QUESTIONNAIRE EXPIRES:NONE*
LICENSE STATUS:
VALID*
"
DEPARTMENTAL ACTIONS:
NONE*
CONVICTIONS:
NONE*
FAILURES TO APPEAR:
NONE*
ACCIDENTS:
NONE*
END
```