# EXHIBIT D

## 5:25-CR-00089-RGK

## U.S. v. Jose Margarito Pliego-Pineda

**MOTION TO DISMISS INDICTMENT PURSUANT TO FED. R. CRIM. P. 12(b) (STATUTE OF LIMITATIONS); MEMORANDUM OF POINTS AND AUTHORITIES; EXHIBITS**

## PURCHASE AGREEMENT - RESALE MANUFACTURED HOME
### (Offer and Acceptance)

Received from JOSE MARGARITO PLIEGO & MARINA SANTAGO MORALES, RIVERSIDE, California, dated 3-7-11, hereinafter called Buyer, the sum of FIVE HUNDRED dollars ($500) evidenced by ( ) Cash, ( ) Check, or ( ) _____, payable to TRINITY ESCROW, as deposit on account of purchase price of TWELVE THOUSAND DOLLARS (CASH) ($12000) for the purchase of manufactured home located at [redacted], City of RIVERSIDE, County of RIVERSIDE, California in HOMETOWN JURUPA HILLS Mobilehome Park, Space # 177. Said deposit to be increased by $_____ to a total of $_____ no later than _____.

### DESCRIPTION OF MANUFACTURED HOME

Make MADISON, Model JEFFERSON, Year 1977, Net size 24 x 60, Expando ___ x ___, Tag ___ x ___
Screen Enclosure (not a habitable room) ___ x ___ Other _____. This unit was measured (X) Yes ( ) No
Serial Numbers: A4038R97MCA / B4038R97MCA    Dept. of Housing Numbers: 066471 / 066472    Decal Number _____ Year _____
or LPT Decal Number LBE5980

1. Together with all built-in appliances, heating units, water heater, and the following: (X) skirting, (X) awnings, (X) steps, ( ) decks, (X) porches, (X) air conditioner, ( ) air cooler, (X) shed(s), (X) existing tacked down or permanent carpeting, (X) window coverings, ( ) refrigerator, (X) free-standing stove, ( ) washer, ( ) dryer, ( ) fire & smoke alarms, (X) light fixtures, ( ) in-ground shrubs and trees, (X) other all attached fixtures.

2. (X) This is a cash sale, or ( ) this offer is contingent upon Buyer providing Seller with evidence of loan approval within 5 working days from date of Seller's acceptance of this offer.

3. This offer is contingent upon the Buyer and Manufactured Home qualifying for park tenancy within 5 working days from date of acceptance of this offer.

4. Buyer acknowledges that Registered Owner is not assigning or subletting the space occupied by the manufactured home in its present location.

5. Buyer must negotiate a tenancy agreement with the Mobilehome Park Management. Failure of approval of tenancy shall terminate this agreement.

Buyers'/Sellers' Initials

6. Health & Safety inspection: ( ) Yes (X) No. Inspection fee to be paid by ( ) Buyer ( ) Seller ( ) Split 50/50.
7. Health & Safety repairs to be paid by seller.
8. Structural pest control inspection: ( ) Yes (X) No. Inspection fee to be paid by: ( ) Buyer ( ) Seller ( ) Split 50/50
9. Structural pest control repairs, Section One only, to be paid by seller.
10. Home warranty: ( ) Yes (X) No Company _____. To be paid for by: ( ) Buyer ( ) Seller ( ) Split 50/50
11. Park-required upgrades to be paid by : ( ) Buyer (X) Seller.
12. Escrow and title fees to be paid by: (X) Buyer ( ) Seller ( ) Split 50/50
13. Estimated date of close of escrow is 3-21-11.
14. Possession shall be given to Buyer: (X) On close of escrow, ( ) not later than _____ calendar days after close of escrow, or ( ) _____

15. Registered owner represents: (a) the property and improvements thereon shall be in the same general condition on the date of possession by Buyer as upon acceptance of this agreement and, (b) that all appliances and mechanical apparatus are in working order, (c) roof is free of leaks, (d) all cracked or broken glass, including windows, mirrors and shower and tub enclosures will be replaced, (e) Seller is responsible for the repair of any leaks of plumbing, showers and tub enclosures and for any permits and repairs for alterations or modifications required by the Department of Housing and Community Development.

16. The wheels, wheelhubs, tires, towbars, and axles are NOT included in the sales price.
17. Title to be free of liens and encumbrances, recorded, filed, registered, or known to Seller.
18. Title vesting to be determined in escrow by Buyer.
19. Evidence of title shall be in the form of a duly endorsed, dated, and delivered Certificate of Ownership and delivery of current Registration Certificate as required by the Department of Housing and Community Development.
20. A document fee, if charged, is not a government fee.
21. Buyer acknowledges that present or future movement of the manufactured home is subject to the then current regulations of the Department of Transportation and the legal owner.
22. If the manufactured home is destroyed or materially damaged prior to close of escrow, on demand of Buyer any deposit made by Buyer shall be returned to Buyer, except for N/A, and this contract thereupon shall terminate.
23. If action is instituted to enforce this agreement, the prevailing party shall receive reasonable attorney's fees.

Buyers'/Sellers' Initials

Form H-101, Rev. 12/99    Page 1 of 2 pages    Copyright © 1999 Hoffman Training & Publishing (650) 968-4202

Marina Morales

Manufactured Home Address ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ RIVERSIDE CA 92509

24. Escrow holder is authorized to furnish a copy of the escrow instructions to park manager, if required.
25. Space rent, utilities, license fees, and property tax shall be prorated: (✓) as of close of escrow, or ( ) _____
26. The total price listed on page one includes accessories, structures, and/or services to be supplied by dealer. Prices and descriptions for each are: __N/A__

27. The name, business address, and license number of the installation contractor, if any, are as follows: __N/A__

28. The following agency relationships are hereby confirmed for this transaction:
Listing Office __I. DOMINGUEZ__ is the agent of:
( ) The Registered Owners exclusively, or
(✓) Both Registered Owners and Buyers.

Selling Office __I. DOMINGUEZ__ is the agent of:
( ) The Buyers exclusively, or
(✓) Both Registered Owners and Buyers.

29. Additional terms: _____

**NOTICE TO BUYER:**

A. Do NOT sign the purchase agreement before you read it, or if it contains any blank spaces to be filled in. B. You are entitled to a completely filled-in copy of this agreement and, if purchasing a manufactured home covered by a warranty, a copy of the warranty.

Complaints concerning the purchase of the manufactured home shall be referred to the dealer and, if the complaint is not resolved, may be referred to the Department of Housing and Community Development, Division of Codes and Standards, Occupational Licensing, Post Office Box 31, Sacramento, CA 95812, telephone (800) 952-5275.

Agent: __Irma Dominguez__ Dealership __Hometown America__
Address ▓▓▓▓▓▓▓▓ __Riverside CA 92509__ Telephone ▓▓▓▓▓▓

The undersigned Buyer offers and agrees to buy the above described manufactured home on the terms and conditions above stated and acknowledges receipt of a copy hereof. Unless acceptance is signed by Registered Owner(s) and a signed copy delivered in person, by mail, or facsimile, and received by Buyer at the address below, or by __Irma Dominguez__ who is authorized to receive it on behalf of Buyer, by __3-10-11__ (date and time), this offer shall be deemed revoked and the deposit shall be returned. TIME IS OF THE ESSENCE IN THIS CONTRACT. This agreement and any supplement, addendum, or modification relating hereto, including any photocopy or facsimile thereof, may be executed in two or more counterparts, all of which shall constitute one and the same writing. ( ) YES (✓) NO THE FOLLOWING ADDENDUMS ARE INCLUDED IN THIS AGREEMENT: _____

Buyer: _[signature]_  Address: _____
Buyer: __Marina Morales__  Telephone: _____

# COUNTER OFFER

THIS IS INTENDED TO BE A LEGALLY BINDING AGREEMENT. READ IT CAREFULLY.

This is a counter offer to the Purchase Agreement dated **3-7-11** between **JOSE M PLIEGO / MARINA SANTIAGO MORALES** Buyer, and **TERESA GAINES**, Seller, regarding the manufactured home located at _____

1. Seller accepts all of the terms and conditions set forth in the above-designated agreement with the following changes or amendments:

   (1) PRICE TO BE $18,000
   (2) HOME SOLD AS IS
   (3) NO WARRANTY
   (4) COE 4-22-11

2. The seller reserves the right to continue to offer the herein described property for sale and to accept other offers at any time prior to personal receipt by Seller or **IRMA DOMINGUEZ**, Seller's authorized agent, of a copy of this counter offer, duly accepted and signed by Buyer. "Accept", as used herein, includes delivery in person, by mail, or by facsimile.

3. Unless this counter offer is accepted on or before **3-15-11** at **5** AM/**PM**, it shall be deemed revoked, and deposit shall be returned to the Buyer. Seller's acceptance of another offer shall revoke this counter offer. This counter offer and any supplement, addendum, or modification relating hereto, including any photocopy or facsimile thereof, may be executed in two or more counterparts, all of which shall constitute one and the same writing. Receipt of a copy is acknowledged.

   Date **3-8-11**   Time **5:00** AM/**PM**   Seller _____   AS PER PHONE
   Seller _____

4. ( ) The undersigned Buyer accepts the counter offer, OR
   (X) The undersigned Buyer accepts the above counter offer with the following changes or amendments:

   Unless the following changes or amendments are accepted and a copy, duly accepted and signed by Seller, is personally delivered to Buyer or **IRMA DOMINGUEZ** the agent obtaining the offer, on or before **3-28-11** at **5:00** AM/**PM**, it shall be deemed revoked and deposit shall be returned to Buyer. Time is of the essence. Receipt of a copy is acknowledged.

   (1) PRICE TO BE $17,000
   (2) ALL OTHER TERMS ACCEPTED

   Date **3-26-11**   Time **12:00** AM/**PM**   Buyer _____
   Buyer **Marina Morales**

   Receipt of a signed copy on _____ at _____ AM/PM by Seller (initials) _____ or Seller's authorized agent, _____, is acknowledged.

5. THE FOLLOWING IS REQUIRED ONLY IF BUYER HAS MADE CHANGES OR AMENDMENTS ABOVE:
   Seller accepts Buyer's changes or amendments to Seller's counter offer and agrees to sell on the above terms and conditions. Seller acknowledges receipt of a copy and authorizes Dealer(s) to deliver a signed copy to Buyer.

   Date **3-26-11**   Time **5:00** AM/**PM**   Seller _____   accepted per phone
   Seller _____

Form H-105 Rev.12/99                                          1999 © Hoffman Training & Publishing  650-968-4202

BOE-502-AH (FRONT) REV.08-03)

# CHANGE OF OWNERSHIP STATEMENT
REAL PROPERTY OR MANUFACTURED HOMES
SUBJECT TO LOCAL PROPERTY TAXES

COUNTY OF RIVERSIDE OFFICE OF ASSESSOR
PO BOX 12004
RIVERSIDE CA 92502-2204
www.riversideacr.com

Name and Address of Buyer/Transferee
009722460-6

JOSE MARGARITO PLIEGO ET AL

RIVERSIDE  CA    92509
Correct mailing address if necessary.

FOR ASSESSOR'S USE ONLY:

Con _____

Adj _____

Parcel Number(s)
009722460-6     MP
                M04

Property Address/
Legal Description                                  RIVERSIDE 92509

Seller/Transferor  Teresa Gaines, Teresa
                    (last name, first name(s) initial)

Recorder's Number
8000859    STT    04/25/2011
185-170-009-5

File This Statement By:  SEP 20, 2011

## IMPORTANT NOTICE

The law requires any transferee acquiring an interest in real property or manufactured home subject to local property taxation, and that is assessed by the Assessor, to file a Change of Ownership Statement with the County Recorder or Assessor. The Change of Ownership Statement must be filed at the time of recording or, if the transfer is not recorded, within 45 days of the date of the change in ownership, except that where the change in ownership has occurred by reason of death the statement shall be filed within 150 days after the date of death or, if the estate is probated, shall be filed at the time the inventory and appraisal is filed. The failure to file a change in ownership statement within 45 days from the date of a written request by the Assessor results in a penalty of either: (1) One hundred dollars ($100), or (2) 10 percent of the taxes applicable to the new base year value reflecting the change in ownership of the real property or manufactured home, whichever is greater, but not to exceed two thousand five hundred dollars ($2,500) if that failure to file was not willful. This penalty will be added to the assessment roll and shall be collected like any other delinquent property taxes, and be subject to the same penalties for nonpayment.

This notice is a written request from the Office of the Assessor for a Change of Ownership Statement. If you do not file this statement, it will result in the assessment of a penalty. This statement will be held secret as required by section 481 of the Revenue and Taxation Code.

The property which you acquired may be subject to a supplemental assessment in an amount to be determined by the Riverside County Assessor. For further information on your supplemental roll obligation, please call the Riverside County Assessor at (951) 955-6200.

## PART I:  TRANSFER INFORMATION (Please answer all questions.)

YES NO
- [ ] [x] A. Is this transfer solely between husband and wife (addition of a spouse, death of a spouse, divorce settlement, etc.)?
- [ ] [x] B. Is this transaction only a correction of the name(s) of the person(s) holding title to the property (e.g., a name change upon marriage)? Please explain: _____
- [ ] [x] C. Is this document recorded to create, terminate, or reconvey a lender's interest in the property?
- [ ] [x] D. Is this transaction recorded only as a requirement for financing purposes or to create, terminate, or reconvey a security interest (e.g., cosigner)? Please explain: _____
- [ ] [x] E. Is this document recorded to substitute a trustee of a trust, mortgage, or other similar document?
- [ ] [x] F. Did this transfer result in the creation of a joint tenancy in which the seller (transferor) remains as one of the joint tenants?
- [ ] [x] G. Does this transfer return property to the person who created the joint tenancy (original transferor)?
- H. Is this a transfer of property:
  - [ ] [x] 1. to a revocable trust that may be revoked by the transferor and is for the benefit of the [ ] transferor [ ] transferor's spouse?
  - [ ] [x] 2. to a trust that may be revoked by the Creator/Grantor who is also a joint tenant, and which names the other joint tenant(s) as beneficiaries when the Creator/Grantor dies?
  - [ ] [x] 3. to an irrevocable trust for the benefit of the [ ] Creator/Grantor and/or [ ] Grantor's spouse?
  - [ ] [x] 4. to an irrevocable trust from which the property reverts to the Creator/Grantor within 12 years?
- [ ] [x] I. If this property is subject to a lease, is the remaining lease term 35 years or more including written options?
- [ ] [x] *J. Is this a transfer between parent(s) and child(ren)? [ ] Yes [ ] No  or from grandparent(s) to grandchild(ren)? [ ] Yes [ ] No
- [ ] [x] *K. Is this transaction to replace a principal residence by a person 55 years of age or older? Within the same county? [ ] Yes [ ] No
- [ ] [x] *L. Is this transaction to replace a principal residence by a person who is severely disabled as defined by Revenue and Taxation Code section 69.5? Within the same county? [ ] Yes [ ] No
- [ ] [x] M. Is this transfer solely between domestic partners currently registered with the California Secretary of State?

* If you answered yes to J, K or L, you may qualify for a property tax reassessment exclusion, which may result in lower taxes on your property. If you do not file a claim, it will result in the reassessment of the property.

Please provide any other information that will help the Assessor to understand the nature of the transfer.

**IF YOU HAVE ANSWERED YES TO ANY OF THE ABOVE QUESTIONS EXCEPT J, K OR L, PLEASE SIGN AND DATE, OTHERWISE COMPLETE THE REVERSE SIDE.**

BOE-502-AH (BACK) REV.9 (8-06)
Please write Assessor's Parcel Number(s): _____

## PART II: OTHER TRANSFER INFORMATION

A. Date of transfer if other than recording date __4-22-11__.
B. Type of transfer. (Please check appropriate box.)
- ☒ Purchase  ☐ Foreclosure  ☐ Gift  ☐ Trade or exchange  ☐ Merger, stock, or partnership acquisition
- ☐ Contract of sale - Date of contract _____  ☐ Sale/Leaseback
- ☐ Inheritance - Date of death _____  ☐ Other: Please explain: _____
- ☐ Creation of a lease  ☐ Assignment of a lease  ☐ Termination of a lease. Date lease began _____
- ☐ Original term in years (including written options) _____ Remaining term in years (including written options) _____

C. Was only a partial interest in the property transferred? ☐ Yes ☒ No  If yes, indicate the percentage transferred _____%.

## PART III: PURCHASE PRICE AND TERMS OF SALE

A. CASH DOWN PAYMENT OR VALUE OF TRADE OR EXCHANGE (excluding closing costs)  Amount $ _____
B. FIRST DEED OF TRUST @ _____% interest for _____ years. Pymts./Mo. = $ _____ (Prin. & Int. only)  Amount $ _____
   - ☐ FHA (_____Discount Points)  ☐ Fixed rate  ☐ New loan
   - ☐ Conventional  ☐ Variable rate  ☐ Assumed existing loan balance
   - ☐ VA (_____Discount Points)  ☐ All inclusive D.T. ($_____ Wrapped)  ☐ Bank or savings & loan
   - ☐ Cal-Vet  ☐ Loan carried by seller  ☐ Finance company
   - Balloon payment ☐ Yes ☐ No  Due Date _____  Amount $ _____
C. SECOND DEED OF TRUST @ _____% interest for _____ years. Pymts./Mo. = $ _____ (Prin. & Int. only)  Amount $ _____
   - ☐ Bank or savings & loan  ☐ Fixed rate  ☐ New loan
   - ☐ Loan carried by seller  ☐ Variable rate  ☐ Assumed existing loan balance
   - Balloon payment ☐ Yes ☐ No  Due Date _____  Amount $ _____
D. OTHER FINANCING: Is other financing involved not covered in (b) or (c) above? ☐ Yes ☐ No  Amount $ _____
   - Type _____ @ _____% interest for _____ years. Payments/Month = $ _____ (Principal & Interest only)
   - ☐ Bank or savings & loan  ☐ Fixed rate  ☐ New loan
   - ☐ Loan carried by seller  ☐ Variable rate  ☐ Assumed existing loan balance
   - Balloon payment ☐ Yes ☐ No  Due Date _____  Amount $ _____
E. WAS AN IMPROVEMENT BOND ASSUMED BY THE BUYER? ☐ Yes ☒ No  Outstanding balance:  Amount $ _____
F. TOTAL PURCHASE PRICE (or acquisition price, if traded or exchanged, include real estate commission if paid)
   Total Items A through E  $ __18,107.00__
G. PROPERTY PURCHASED: ☐ Through a broker  ☐ Direct from seller  ☐ From a family member  ☒ Other (explain) __Hometown America__
   If purchased through a broker, provide broker's name and phone number:
   Please explain any special terms, seller concessions, or financing and any other information that would help the Assessor understand the purchase price and terms of sale: __The manufactured home was purchased by cash only and there was no loans.__

## PART IV: PROPERTY INFORMATION

A. TYPE OF PROPERTY TRANSFERRED:
   - ☐ Single-family residence  ☐ Agricultural  ☐ Timeshare
   - ☐ Multiple-family residence (no. of units: _____)  ☐ Co-op/Own-your-own  ☒ Manufactured home
   - ☐ Commercial/Industrial  ☐ Condominium  ☐ Unimproved lot
   - ☐ Other (Description: i.e., timber, mineral, water rights, etc. _____)

B. IS THIS PROPERTY INTENDED AS YOUR PRINCIPAL RESIDENCE? ☒ Yes ☐ No
   If yes, enter date of occupancy __04__ / __22__, 20 __11__ or intended occupancy _____ / _____, 20 _____.
   (month) (day)  (month) (day)

C. IS PERSONAL PROPERTY INCLUDED IN PURCHASE PRICE (e.g., furniture, farm equipment, machinery, etc.)?
   (Other than a manufactured home subject to local property tax?) ☐ Yes ☒ No
   If yes, enter the value of the personal property included in the purchase price $ _____  (Attach itemized list of personal property.)

D. IS A MANUFACTURED HOME INCLUDED IN THE PURCHASE PRICE? ☒ Yes ☐ No
   If yes, how much of the purchase price is allocated to the manufactured home? $ __17,000__.
   Is the manufactured home subject to local property tax? ☒ Yes ☐ No  What is the decal number? __LBE 5980__

E. DOES THE PROPERTY PRODUCE INCOME? ☐ Yes ☒ No  If yes, is the income from:
   ☐ Lease/Rent  ☐ Contract  ☐ Mineral rights  ☐ Other - Explain: _____

F. WHAT WAS THE CONDITION OF THE PROPERTY AT THE TIME OF SALE?
   ☐ Good  ☐ Average  ☒ Fair  ☐ Poor
   Please explain the physical condition of the property and provide any other information (such as restrictions, etc.) that would assist the Assessor in determining the value of the property: _____

## CERTIFICATION

I certify (or declare) under penalty of perjury under the laws of the State of California that the foregoing and all information hereon, including any accompanying statements or documents, is true, correct, and complete to the best of my knowledge and belief. **This declaration is binding on each and every co-owner and/or partner.**

Signed in County of __Riverside__, California, this __sixteenth__ day of __September__ 20 __11__.

SIGNATURE OF OWNER OR CORPORATE OFFICER  TITLE (if corporate officer/partner)  Telephone # _____

NAME OF NEW OWNER/LEGAL REPRESENTATIVE/CORPORATE OFFICER (typed or printed)
__Jose Pliego__

The Assessor's Office may contact you for additional information regarding this transaction.

BOE-502-AH (BACK) REV.9 (8-06)
Please write Assessor's Parcel Number(s): _____

## PART II: OTHER TRANSFER INFORMATION

A. Date of transfer if other than recording date __4-22-11__
B. Type of transfer. *(Please check appropriate box.)*
- ☑ Purchase   ☐ Foreclosure   ☐ Gift   ☐ Trade or exchange   ☐ Merger, stock, or partnership acquisition
- ☐ Contract of sale - Date of contract _____   ☐ Sale/Leaseback
- ☐ Inheritance - Date of death _____   ☐ Other: Please explain: _____
- ☐ Creation of a lease   ☐ Assignment of a lease   ☐ Termination of a lease. Date lease began _____
- ☐ Original term in years (including written options) _____ Remaining term in years (including written options) _____

C. Was only a partial interest in the property transferred? ☐ Yes ☑ No   If yes, indicate the percentage transferred _____ %.

## PART III: PURCHASE PRICE AND TERMS OF SALE

A. CASH DOWN PAYMENT OR VALUE OF TRADE OR EXCHANGE (excluding closing costs)   Amount $ _____
B. FIRST DEED OF TRUST @ _____ % interest for _____ years. Pymts./Mo. = $ _____ (Prin. & Int. only)   Amount $ _____
- ☐ FHA (_____ Discount Points)   ☐ Fixed rate   ☐ New loan
- ☐ Conventional   ☐ Variable rate   ☐ Assumed existing loan balance
- ☐ VA (_____ Discount Points)   ☐ All inclusive D.T. ($_____ Wrapped)   ☐ Bank or savings & loan
- ☐ Cal-Vet   ☐ Loan carried by seller   ☐ Finance company
- Balloon payment ☐ Yes ☐ No   Due Date _____   Amount $ _____

C. SECOND DEED OF TRUST @ _____ % interest for _____ years. Pymts./Mo. = $ _____ (Prin. & Int. only) Amount $ _____
- ☐ Bank or savings & loan   ☐ Fixed rate   ☐ New loan
- ☐ Loan carried by seller   ☐ Variable rate   ☐ Assumed existing loan balance
- Balloon payment ☐ Yes ☐ No   Due Date _____   Amount $ _____

D. OTHER FINANCING: Is other financing involved not covered in (b) or (c) above? ☐ Yes ☐ No   Amount $ _____
Type _____ @ _____ % interest for _____ years. Payments/Month = $ _____ (Principal & Interest only)
- ☐ Bank or savings & loan   ☐ Fixed rate   ☐ New loan
- ☐ Loan carried by seller   ☐ Variable rate   ☐ Assumed existing loan balance
- Balloon payment ☐ Yes ☐ No   Due Date _____   Amount $ _____

E. WAS AN IMPROVEMENT BOND ASSUMED BY THE BUYER? ☐ Yes ☑ No   Outstanding balance: Amount $ _____
F. TOTAL PURCHASE PRICE (or acquisition price, if traded or exchanged, include real estate commission if paid)
Total Items A through E   $ __18,107.00__

G. PROPERTY PURCHASED: ☐ Through a broker ☐ Direct from seller ☐ From a family member ☑ Other (explain) __Hometown America__
If purchased through a broker, provide broker's name and phone number:
Please explain any special terms, seller concessions, or financing and any other information that would help the Assessor understand the purchase price and terms of sale: __The manufactured home was purchased by cash only and there was no loans.__

## PART IV: PROPERTY INFORMATION

A. TYPE OF PROPERTY TRANSFERRED:
- ☐ Single-family residence
- ☐ Multiple-family residence (no. of units: _____)
- ☐ Commercial/Industrial
- ☐ Other (Description: i.e., timber, mineral, water rights, etc. _____)
- ☐ Agricultural
- ☐ Co-op/Own-your-own
- ☐ Condominium
- ☐ Timeshare
- ☑ Manufactured home
- ☐ Unimproved lot

B. IS THIS PROPERTY INTENDED AS YOUR PRINCIPAL RESIDENCE? ☑ Yes ☐ No
If yes, enter date of occupancy __04__ / __22__, 20__11__ or intended occupancy _____ / _____, 20_____.

C. IS PERSONAL PROPERTY INCLUDED IN PURCHASE PRICE (e.g., furniture, farm equipment, machinery, etc.)?
(Other than a manufactured home subject to local property tax?) ☐ Yes ☑ No
If yes, enter the value of the personal property included in the purchase price $ _____ (Attach itemized list of personal property.)

D. IS A MANUFACTURED HOME INCLUDED IN THE PURCHASE PRICE? ☑ Yes ☐ No
If yes, how much of the purchase price is allocated to the manufactured home? $ __17,000__
Is the manufactured home subject to local property tax? ☑ Yes ☐ No   What is the decal number? __LBE5980__

E. DOES THE PROPERTY PRODUCE INCOME? ☐ Yes ☑ No   If yes, is the income from:
☐ Lease/Rent   ☐ Contract   ☐ Mineral rights   ☐ Other - Explain: _____

F. WHAT WAS THE CONDITION OF THE PROPERTY AT THE TIME OF SALE?
☐ Good   ☐ Average   ☑ Fair   ☐ Poor
Please explain the physical condition of the property and provide any other information (such as restrictions, etc.) that would assist the Assessor in determining the value of the property: _____

## CERTIFICATION

I certify (or declare) under penalty of perjury under the laws of the State of California that the foregoing and all information hereon, including any accompanying statements or documents, is true, correct, and complete to the best of my knowledge and belief. This declaration is binding on each and every co-owner and/or partner.

Signed in County of __Riverside__, California, this __sixteenth__ day of __September__ 20__11__

SIGNATURE OF OWNER OR CORPORATE OFFICER   TITLE (if corporate officer/partner)   Telephone #

NAME OF NEW OWNER/LEGAL REPRESENTATIVE/CORPORATE OFFICER (typed or printed)
__Jose Pliego__

The Assessor's Office may contact you for additional information regarding this transaction.

# Trinity Escrow, Inc.

12345 Mountain Avenue, Suite T, Chino, CA 91710
(909) 591-1668 • Fax: (909) 591-1610

## PARK APPROVAL AGREEMENT

Hometown Jurupa Hills
Riverside, CA 92509

Date: April 14, 2011
Escrow No.: 17960-HA

TO: **Trinity Escrow, Inc.**

Park manager's signature hereto hereby certifies that all space rents are current unless otherwise stated below:

Present Owner (if applicable) : Teresa M. Gaines

Street Address : ▮▮▮▮▮▮▮▮▮▮, Riverside, CA  92509

Year and Make of Home : 77, 00 Madison

Size : 144" 144"  X  720" 720"

Any delinquent space rent owing? _____

We further certify that **Jose Margarito Pliego and Marina Santiago Morales**, buyer(s) of the mobilehome described above, have met the requirements to be accepted as resident(s) in this park and have been notified of their acceptance.

Name of Park : Hometown Jurupa Hills

Address of Park : ▮▮▮▮▮▮▮▮ Riverside, CA 92509

_____
(SIGNATURE OF PARK OWNER OR MANAGER)

_____
(DATE)

BUYER(S):

_____        _____
Jose Margarito Pliego                                                       Marina Santiago Morales

THIS IS TO CERTIFY THAT THIS IS A FULL, TRUE AND CORRECT COPY OF THE ORIGINAL RECORDED IN THE OFFICE OF THE COUNTY

RECORDING FEE: **$18.00**

RECORDED ON: **March 10, 2011**

AS DOCUMENT NO: **11-0109686**

BY: **s/ Vanessa Martinez**

LSI TITLE COMPANY (CA)

~~PORT MILL SC 29715~~

TRA # 099093
Trust No. 1260927-10
Loan No. XXXXXX5264

MAIL TAX STATEMENT TO:

Same as above

Space Above This Line For Recorder

Documentary Transfer Tax $.00
_XX_ Grantee was the foreclosing beneficiary.
consideration $82,665.90
unpaid debt $209,470.15
non exempt amount $
__ Computed on the consideration or value of property conveyed.
__ Computed on the consideration of value less liens or encumbrances remaining at time of sale.

Signature of Declarant or Agent  Mary J. Statham
AP# 181-111-016-0

/00028671/

## TRUSTEE'S DEED UPON SALE

**CAL-WESTERN RECONVEYANCE CORPORATION** (herein called trustee) does hereby grant and convey, but without covenant or warranty, express or implied to **FEDERAL HOME LOAN MORTGAGE CORPORATION** (herein called Grantee) the real property in the county of **RIVERSIDE**, State of California described as follows:

LOT 9 IN BLOCK "B" OF THE CAROL CHATT TRACT, IN THE COUNTY OF RIVERSIDE, STATE OF CALIFORNIA, AS PER MAP RECORDED IN BOOK 21, PAGE(S) 91 OF MISCELLANEOUS MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY.

The street address and other common designation, if any, of the real property described above is purported to be:

▇▇▇▇▇▇▇▇▇▇▇▇
RIVERSIDE AREA CA 92509

This conveyance is made pursuant to the authority and powers vested in said Trustee, as Trustee, or Successor Trustee, or Substituted Trustee, under that certain Deed of Trust executed by **JOSE PLIEGO, A SINGLE MAN** as Trustor, recorded **April 04, 2006**, as Document No. **2006-0240626**, in Book XX, page XX, of Official Records in the Office of the Recorder of **RIVERSIDE** County, California; and pursuant to the Notice of Default recorded **February 04, 2010**, as Document No. **10-0052505** in Book XX, page XX of Official Records of said County, Trustee having complied with all applicable statutory requirements of the State of California and performed all duties required by said Deed of Trust, including, among other things, as applicable, the mailing of copies of notices or the publication of a copy of the notice of default or the personal delivery of the copy of the notice of default or the posting of copies of the notice of sale or the publication of a copy thereof.

TDUSCA.DOC

Page 1 of 2

EXHIBIT
1

TRA # 099093
Trust No. 1260927-10
Loan No. XXXXXX5264

At the place fixed in the Notice of Trustee's Sale, said Trustee did sell said property above described at public auction on **February 18, 2011** to said Grantee, being the highest bidder therefore, for $82,665.90 cash, lawful money of the United States, in satisfaction pro tanto of the indebtedness then secured by said Deed of Trust.

CAL-WESTERN RECONVEYANCE CORPORATION

Dated: February 18, 2011

Susan Smothers, A.V.P.

State of California )
County of San Diego)

Rosalyn Hall

On FEB 23 2011 before me, _____,
a Notary Public, personally appeared     Susan Smothers, A.V.P.    , who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument. I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal    (Seal)

Signature _____

ROSALYN HALL
COMM. #1793727
Notary Public - California
San Diego County
My Comm. Expires Mar. 16, 2012

TDUSCA.DOC

Page 2 of 2