CUAUHTEMOC ORTEGA (Bar No. 257443)
Federal Public Defender
Ayah A. Sarsour (Bar No. 340280)
(E-Mail: ayah_sarsour@fd.org)
Deputy Federal Public Defender
3801 University Avenue, Suite 700
Riverside, California 92501
Telephone: (951) 276-6346
Facsimile: (951) 276-6368

Attorneys for Defendant
JOSE MARGARITO PLIEGO-PINEDA

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JOSE MARGARITO PLIEGO-PINEDA, <br><br> Defendant. | Case No. ED 5:25-CR-0089-RGK <br><br> NOTICE OF WITHDRAWAL OF PLEADING |

Defendant Jose Margarito Pliego-Pineda, by and through his counsel of record, Deputy Federal Public Defender Ayah Sarsour, hereby withdraws his Case Status Update [Docket Entry No. 47], filed on February 10, 2026.

Respectfully submitted,

CUAUHTEMOC ORTEGA
Federal Public Defender

DATED: February 11, 2026        By /s/ Ayah Sarsour
                                AYAH SARSOUR
                                Deputy Federal Public Defender