```
1  CUAUHTEMOC ORTEGA (Bar No. 257443)
   Federal Public Defender
2  AYAH SARSOUR (Bar No. 340280)
   (E-Mail: Ayah_Sarsour@fd.org)
3  MITCHELL M. SULIMAN (Bar No. 301879)
   Deputy Federal Public Defender
4  (E-Mail: Mitchell_Suliman@fd.org)
   Deputy Federal Public Defender
5  3801 University Avenue, Suite 700
   Riverside, California 92501
6  Telephone: (951) 276-6346
   Facsimile: (951) 276-6368
7
   Attorneys for Defendant
8  JOSE MARGARITO PLIEGO-PINEDA
```

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| UNITED STATES OF AMERICA, | Case No. 5:25-CR-00089-RGK |
|---|---|
| Plaintiff, | |
| v. | **DECLARATION IN SUPPORT OF DEFENDANT'S EMERGANCY MOTION** |
| JOSE MARGARITO PLIEGO-PINEDA. | |
| Defendant. | |

## **DECLARATION OF MARINA MORALES SANTIAGO**

I, Marina Morales Santiago, declare as follows:

1. I am over the age of eighteen and have personal knowledge of the matters stated in this declaration.
2. On the morning of February 21, 2026, I was driving a vehicle in San Jacinto, California. My husband, Mr. Jose Margarito Pliego-Pineda, was seated in the passenger seat.
3. While we were driving, multiple vehicles stopped us. I observed approximately four SUVs surrounding our vehicle. Two of the SUVs were gray, one was black, and I do not recall the color of the fourth vehicle.
4. Several individuals approached the vehicle. Based on the vests they were wearing, I understood them to be Immigration and Customs Enforcement (ICE) agents. I observed that the individuals were dressed in green uniforms.
5. One agent approached the driver's side door of my vehicle, at which point I lowered the window. The agent instructed me to turn off the vehicle, and I complied.
6. Two additional agents, one male and one female, approached the passenger side door.
7. While standing at the driver's side window, the agent looked inside the vehicle and asked whether Mr. Pliego-Pineda was "Jose." Mr. Pliego-Pineda responded "yes."
8. The agent then opened the passenger door and instructed him to step out of the vehicle because he was under arrest.
9. I asked the agents why they were arresting Mr. Pliego-Pineda when he has

a trial scheduled in Los Angeles on Tuesday. The agent responded that they were aware of the upcoming trial but stated that he was under arrest.

10. Mr. Pliego-Pineda was taken into custody and transported away.

11. No documentation was provided to us on the scene before he was taken.

12. Later, we received a phone call from Mr. Pliego-Pineda in which he informed us that immigration authorities were attempting to expedite his removal and that he had not signed any documents waiving his rights.

13. After Mr. Pliego-Pineda provided this information, the call was disconnected. We attempted to call the number back, but no one answered.

14. We attempted to locate Mr. Pliego-Pineda using the ICE online detainee locator system. The system reflected his name and country of birth but did not provide any information regarding his current detention location.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on February 21, 2026, in San Jacinto, California.



/s/ _____
Marina Morales Santiago