```
 1  TODD BLANCHE
    Deputy Attorney General
 2  BILAL A. ESSAYLI
    First Assistant United States Attorney
 3  ALEXANDER B. SCHWAB
    Assistant United States Attorney
 4  Acting Chief, Criminal Division
    JING YAN (Cal. Bar No. 355878)
 5  JUN NAM (Cal. Bar. No. 335290)
    Assistant United States Attorneys
 6       1200 United States Courthouse
         312 North Spring Street
 7       Los Angeles, California 90012
         Telephone:  (213) 894-7406/2435
 8       Facsimile:  (213) 894-0141
         E-mail:     jing.yan@usdoj.gov
 9                   jun.nam@usdoj.gov

10
    Attorneys for Plaintiff
11  UNITED STATES OF AMERICA
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,    | No. 5:25-CR-00089-RGK |
|---|---|
| Plaintiff, | NOTICE OF MOTION AND MOTION TO DISMISS WITH PREJUDICE INDICTMENT PURSUANT TO FEDERAL RULE OF CRIMINAL PROCEDURE 48(a) |
| v. | |
| JOSE MARGARITO PLIEGO-PINEDA, | |
| Defendant. | |

Pursuant to Federal Rule of Criminal Procedure 48(a), the United States of America, by and through its counsel of record, the First Assistant United States Attorney for the Central District of California and Assistant United States Attorneys Jing Yan and Jun Nam, hereby moves to dismiss with prejudice its indictment in the above-captioned case against defendant JOSE MARGARITO PLIEGO-PINEDA ("defendant"), charging defendant with Illegal Alien Found in the United States Following Deportation, in violation of 8 U.S.C. § 1326(a), (b)(2).  On February 21, 2026, defendant was removed from

the United States by U.S. Immigration and Customs Enforcement. The government moves to dismiss its indictment against defendant in the interests of justice under Federal Criminal Rule 48(a), and therefore respectfully requests that the Court grant its motion to dismiss the indictment with prejudice. Additionally, the Court should vacate the trial date set for February 24, 2026 at 9:00 a.m., and exonerate the bond for defendant.

The government conferred with defense counsel as to their position on the motion to dismiss with prejudice, and defense counsel responded as follows:

> "Due to not receiving a response to our specific discovery demand sent 10 hours ago related to the government's intentional arrest and removal of our client on the eve of trial, thus interfering with his constitutional rights, the defense is still waiting on a response."

Dated: February 21, 2026

Respectfully submitted,

TODD BLANCHE
Deputy Attorney General

BILAL A. ESSAYLI
First Assistant United States Attorney

ALEXANDER B. SCHWAB
Assistant United States Attorney
Acting Chief, Criminal Division

\_\_\_\_/s/_____
JING YAN
JUN NAM
Assistant United States Attorneys

Attorneys for Plaintiff
UNITED STATES OF AMERICA