TODD BLANCHE
Deputy Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
ALEXANDER B. SCHWAB
Assistant United States Attorney
Acting Chief, Criminal Division
JING YAN (Cal. Bar No. 355878)
JUN NAM (Cal. Bar. No. 335290)
Assistant United States Attorneys
     1200 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-7406/2435
     Facsimile: (213) 894-0141
     E-mail:    jing.yan@usdoj.gov
                jun.nam@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 5:25-CR-00089-RGK |
| Plaintiff, | REPLY IN SUPPORT OF MOTION TO DISMISS INDICTMENT WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CRIMINAL PROCEDURE 48(a) |
| v. | |
| JOSE MARGARITO PLIEGO-PINEDA, | |
| Defendant. | |

Pursuant to Federal Rule of Criminal Procedure 48(a), the United States of America, by and through its counsel of record, the First Assistant United States Attorney for the Central District of California and Assistant United States Attorneys Jing Yan and Jun Nam, hereby file this reply in support of the government's motion to dismiss the indictment with prejudice in the above-captioned case.

On February 21, 2026, the government moved to dismiss its indictment with prejudice against defendant JOSE MARGARITO PLIEGO-PINEDA ("defendant"), explaining that defendant was removed from the

1  United States by U.S. Immigration and Customs Enforcement.  (Dkt.
2  61.)  On February 22, 2026, defendant filed a response to the
3  government's motion to dismiss, "urg[ing] the Court to dismiss this
4  matter with prejudice."  (Dkt. 62 at 4.)
5      The record makes clear that all parties agree the Court should
6  dismiss the indictment with prejudice.  If the agreed-upon request is
7  granted, the dismissal would moot the other requests defendant
8  included in his motion, including a request for discovery. See,
9  e.g., Y.A.E. v. Mayorkas, No. 2:24-CV-06660-RGK-MAR, 2025 WL 1127851,
10 at *4 (C.D. Cal. Apr. 8, 2025) (unreported) (Klausner, J.) (denying
11 as moot a discovery motion after ruling on a motion to dismiss the
12 civil case); see also, e.g., United States v. Campbell, 134 F. Supp.
13 2d 1104, 1110 (C.D. Cal. 2001) (Marshall, J.) ("Since the indictment
14 has been dismissed, the Court denies Defendant's Request for
15 discovery materials as moot.").

Dated: February 23, 2026          Respectfully submitted,

                                  TODD BLANCHE
                                  Deputy Attorney General

                                  BILAL A. ESSAYLI
                                  First Assistant United States
                                  Attorney

                                  ALEXANDER B. SCHWAB
                                  Assistant United States Attorney
                                  Acting Chief, Criminal Division


                                       /s/
                                  _____
                                  JING YAN
                                  JUN NAM
                                  Assistant United States Attorneys

                                  Attorneys for Plaintiff
                                  UNITED STATES OF AMERICA

2