JS3

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 5:25-CR-00089-RGK |
|---|---|
| Plaintiff, | [~~PROPOSED~~] ORDER DISMISSING INDICTMENT WITH PREJUDICE, PURSUANT TO FEDERAL RULE OF CRIMINAL PROCEDURE 48(a) |
| v. | |
| JOSE MARGARITO PLIEGO-PINEDA, | |
| Defendant. | [61] |

Upon motion of the government pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the Court HEREBY ORDERS that the indictment filed in this matter be dismissed with prejudice. The February 24, 2026 trial date is vacated, and the bond for defendant is exonerated.

Further, all pending Motions in Limine [57] [58] and Defendant's Motion for Release from Custody [60] are denied as moot.

IT IS SO ORDERED.

2/23/2025
DATE

*Gary Klausner* (signature)

THE HONORABLE R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE

cc: Jury, Reporters, Interpreters, CR Intake